UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANISSA JONES, ) | |
| ) | |
| PLAINTIFF, ) | Civil Action No. 15-CV-505(BAH/GMH) |
| ) | |
| vs. ) | |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| DEFENDANT. ) | |

ORDER

The Court, having reviewed the Plaintiff's Motion for Attorney Fees and Costs, the Defendant's opposition thereto, and the Plaintiff's reply, for good cause shown, hereby grants Plaintiff's Motion and awards Plaintiff the amount of $ 87,738.93. This sum shall be paid within 30 days of the date of this Order.

SO ORDERED,

Judge Beryl A. Howell
United States District Court

DATED: