Jester & Williams
P.O. Box 1165
Great Falls, VA  22066


Invoice submitted to:
Arron Finkhousen, Esq.
Office of the Attorney General
441  4th St., NW
Washington, D.C. 20001


June 11, 2018

In Reference To:  Anissa Jones v. District of Columbia

Case # 2015-CV-1505 (BAH/GMH)

Invoice #10910

Professional Services

| | Hours | Amount |
|---|---|---|
| 11/13/2014 Phone consult with W. Williams, Esq., Case information/status | 0.20 | 104.00 |
| Correspondence to W. Williams, Esq., Case information/status | 0.20 | 104.00 |
| 11/16/2014 Review correspondence from W. Williams, Esq., Case status | 0.20 | 104.00 |
| Review report from court ordered psychoeducational evaluation | 0.40 | 208.00 |
| 12/1/2014 Phone consult with with A. Jones, parent re: School issues and need for special education services | 0.40 | 208.00 |
| 1/1/2015 Review correspondence from D. Lyons, Stanton ES | 0.20 | 104.00 |
| Review updated IEP and Behavioral Plan from D. Lyons, Stanton ES | 0.40 | 208.00 |
| 1/13/2015 Correspondence to A. Jones, parent re: IEP meeting | 0.30 | 156.00 |
| Review and respond to correspondence from D. Lyons, Stanton ES re: IEP meeting | 0.20 | 104.00 |
| 1/19/2015 Phone consult with A. Jones, parent re: Case issues and upcoming school/IEP meeting | 0.20 | 104.00 |
| Correspondence to D. Lyons, Stanton ES re: Upcoming school/IEP meeting | 0.20 | 104.00 |
| 1/21/2015 Review and respond to correspondence from D. Lyons, Stanton ES re: IEP meeting | 0.20 | 104.00 |



PLAINTIFF'S
EXHIBIT
3
ALL-STATE LEGAL®

Arron Finkhousen, Esq.

Page    2

| | | Hours | Amount |
|---|---|---|---|
| 1/21/2015 | Phone consult with A. Jones, parent re: IEP meeting | 0.20 | 104.00 |
| | Correspondence to D. Lyons, Stanton ES re: IEP meeting | 0.20 | 104.00 |
| 1/27/2015 | Phone consult with A. Jones, parent re: School issues | 0.30 | 156.00 |
| | Correspondence to D. Lyons, Stanton ES re: Need for copy of IEP and paper work from IEP meeting | 0.20 | 104.00 |
| | Review correspondence from D. Lyons, Stanton ES re: Need for copy of draft IEP | 0.20 | 104.00 |
| | Correspondence to A. Jones, parent re: Report from court ordered psychoeducational evaluation | 0.30 | 156.00 |
| | 2nd correspondence to D. Lyons, Stanton ES re: Report from court ordered psychoeducational evaluation | 0.30 | 156.00 |
| 4/7/2015 | Review and respond to correspondence from D. Lyons, Stanton ES re: Manifestation meeting | 0.20 | 104.00 |
| 4/9/2015 | Phone consult with A. Jones, parent re: Manifestation meeting at Stanton ES and recent suspension | 0.30 | 156.00 |
| | Correspondence to D. Lyons, Stanton ES re: Manifestation meeting | 0.20 | 104.00 |
| 4/16/2015 | Correspondence to D. Lyons, Stanton ES re: Records from manifestation meeting and request for independent evaluation | 0.30 | 156.00 |
| 4/17/2015 | Review correspondence from R. Johnson, principal re: Need for evaluations | 0.20 | 104.00 |
| | Review multiple correspondence from D. Fells Pleasant re: Manifestation review | 0.30 | 156.00 |
| 4/23/2015 | Correspondence to D. Fells Pleasant, Stanton ES re: Consent to evaluate | 0.20 | 104.00 |
| 4/24/2015 | Review and respond to correspondence from R. Johnson, principal Stanton ES re: Need for evaluation | 0.30 | 156.00 |
| | Correspondence to Stanton ES re: Inaccuracies and omissions in manifestation paperwork | 0.20 | 104.00 |
| | Draft and finalize Due Process Complaint Notice | 3.80 | 1,976.00 |
| | Phone consult with A. Jones, parent re: New suspension | 0.30 | 156.00 |
| 4/25/2015 | Phone consult with A. Jones, parent re: Due Process Complaint and case issues | 0.30 | 156.00 |
| | Review multiple correspondence from D. Lyons, Stanton ES re: Evaluations DCPS is proposing to conduct | 0.30 | 156.00 |

Arron Finkhousen, Esq.                                                                                          Page      3

| | | Hours | Amount |
|---|---|---|---|
| 4/27/2015 | Review and respond to correspondence from C. Carron, Hearing Officer re: Hearing date | 0.20 | 104.00 |
| | Review and respond to correspondence from T. Chor, Esq., DCPS re: Hearing date | 0.20 | 104.00 |
| 4/28/2015 | Correspondence to R. Johnson, principal Stanton ES re: Need for corrected paper work from manifestation meeting to reflect that conduct was a manifestation of child's disability | 0.20 | 104.00 |
| | Phone consult with A. Jones, parent re: DCPS report to Child Protective Services in retaliation for filing Due Process Complaint | 0.30 | 156.00 |
| | Correspondence to R. Johnson, principal Stanton ES re: DCPS retaliation for parent filing Due Process Complaint | 0.30 | 156.00 |
| | Review correspondence from T. Chor, Esq., DCPS re: DCPS complaint to Child Protective Services in retaliation for parent filing Due Process Complaint | 0.20 | 104.00 |
| | Review multiple correspondence from T. Chor, Esq., DCPS re: Scheduling of hearing/witness availability | 0.20 | 104.00 |
| | Review Notice of Appointment of Hearing Officer | 0.20 | 104.00 |
| 4/30/2015 | Review correspondence from C. Carron, Hearing Officer re: Case status/procedures | 0.40 | 208.00 |
| | Review notice of Pre-Hearing Conference and Notice of Restricted Filings from C. Carron, Hearing Officer | 0.20 | 104.00 |
| 5/1/2015 | Review correspondence from T. Chor, Esq., DCPS and  C. Carron, Hearing Officer re: Due Process Hearing date/time | 0.20 | 104.00 |
| 5/4/2015 | Phone consult with A. Jones, parent re: Request from D. Lyons, Stanton ES for parent consent to DCPS proposed  IEP amendment | 0.20 | 104.00 |
| | Correspondence to D. Lyons, Stanton ES re: School proposed amendment to IEP | 0.20 | 104.00 |
| | Review DCPS' Answer to Due Process Complaint | 0.30 | 156.00 |
| 5/5/2015 | Review correspondence from D. Lyons, Stanton ES re: IEP meeting | 0.20 | 104.00 |
| 5/6/2015 | Correspondence to T. Chor, Esq., DCPS and  C. Carron, Hearing Officer re: Case status | 0.20 | 104.00 |
| | Review resolution disposition form from K. McFarland, DCPS CCM | 0.20 | 104.00 |
| | Review correspondence from K. McFarland, DCPS CCM re: Case status | 0.20 | 104.00 |
| | Meeting with A. Jones, parent re: Case status | 0.30 | 156.00 |

Arron Finkhousen, Esq.                                                                                    Page      4

| | | Hours | Amount |
|---|---|---|---|
| 5/11/2015 | Review correspondence from C. Carron, Hearing Officer re: Pre-hearing conference | 0.20 | 104.00 |
| | Review 2nd correspondence from C. Carron, Hearing Officer re: Discrepancies in student's DOB and DCPS ID numbers | 0.20 | 104.00 |
| | Review amended answer to Due Process Complaint from T. Chor, Esq., DCPS re: Incorrect DOB | 0.20 | 104.00 |
| 5/12/2015 | Phone consult with A. Jones, parent re: Recent suspension | 0.30 | 156.00 |
| | Correspondence to R. Johnson, principal Stanton ES re: Recent suspension | 0.30 | 156.00 |
| 5/13/2015 | Review and respond to correspondence from R. Johnson, principal Stanton ES re: Recent suspension | 0.20 | 104.00 |
| | Review suspension paper work from 5/7 suspension | 0.20 | 104.00 |
| | Review file to prepare for pre-hearing conference with C. Carron, Hearing Officer | 0.60 | 312.00 |
| | Review lengthy correspondence from C. Carron, Hearing Officer re: Pre-hearing issues | 0.40 | 208.00 |
| | Attend pre-hearing conference via phone | 1.00 | 520.00 |
| | Review correspondence from D. Lyons, Stanton ES re: Manifestation meeting | 0.20 | 104.00 |
| | Phone conference with A. Jones, parent re: Availability to attend manifestation meeting | 0.20 | 104.00 |
| | Correspondence to D. Lyons, Stanton ES re: Manifestation meeting | 0.20 | 104.00 |
| 5/14/2015 | Review file to prepare for manifestation meeting | 0.40 | 208.00 |
| | Attend manifestation meeting at Stanton ES | 1.70 | 884.00 |
| | Travel to/from office/Stanton Elementary School to attend manifestation meeting (travel billed at 50% of hourly rate) | 2.00 | 520.00 |
| 5/18/2015 | Review correspondence from T. Parker, Foundation School re: Potential placement | 0.30 | 156.00 |
| | Correspondence to T. Chor, Esq., DCPS re: Student's acceptance at Foundation School | 0.20 | 104.00 |
| | Correspondence to T. Parker, Foundation School re: Placement and hearing availability | 0.20 | 104.00 |
| | Review and respond to correspondence from T. Parker, Foundation School re: Hearing availability | 0.20 | 104.00 |

Arron Finkhousen, Esq.                                                                                      Page      5

|  |  | Hours | Amount |
|---|---|---|---|
| 5/18/2015 | Review Prehearing Order from C. Carron, Hearing Officer | 0.70 | 364.00 |
|  | Phone consult with T. Pinkett, family support worker re: Hearing issues | 0.20 | 104.00 |
|  | Draft and finalize Petitioner's Objections to Pre-Hearing Order | 0.80 | 416.00 |
| 5/20/2015 | Phone consult with Dr. Woodland re: Hearing preparation/availability | 0.30 | 156.00 |
|  | Correspondence to D. Lyons, Stanton ES re: Need for documents from manifestation meeting | 0.30 | 156.00 |
| 5/24/2015 | Review correspondence from K. McFarland, DCPS CCM re: DCPS proposed settlement agreement | 0.20 | 104.00 |
| 5/26/2015 | Review correspondence from C. Dorn, school psychologist re: Student's disability as manifestation of his disability | 0.20 | 104.00 |
|  | Review settlement proposal from K. McFarland, DCPS CCM | 0.30 | 156.00 |
|  | Correspondence to A. Jones, parent re: Settlement proposal from K. McFarland, DCPS CCM | 0.30 | 156.00 |
| 5/27/2015 | Begin preparing hearing disclosure materials | 6.40 | 3,328.00 |
|  | Review Manifestation Determination Report from C. Dorn, school psychologist | 0.40 | 208.00 |
| 5/28/2015 | Review correspondence and amended Prehearing Order from C. Carron, Hearing Officer | 0.30 | 156.00 |
|  | Correspondence to T. Chor, Esq., DCPS re: Date for 2nd day of hearing | 0.20 | 104.00 |
|  | Review and respond to correspondence from T. Chor, Esq., DCPS re: 2nd hearing date | 0.20 | 104.00 |
|  | Review DCPS' 5 day disclosure materials | 1.20 | 624.00 |
|  | Continue preparing, drafting, and finalizing Petitioner's 5 day disclosure materials with exhibits | 4.20 | 2,184.00 |
| 5/29/2015 | Correspondence to T. Parker, Foundation School with hearing exhibits per Prehearing Order from C. Carron Hearing Officer | 0.80 | 416.00 |
|  | Review and respond to correspondence from C. Carron, Hearing Officer re; 2nd day of hearing | 0.20 | 104.00 |
|  | Review and respond to 2nd correspondence from C. Carron, Hearing Officer re: 2nd day of hearing | 0.20 | 104.00 |
|  | Review correspondence from T. Chor, Esq. DCPS re: Availability of DCPS witness for 2nd day of hearing | 0.20 | 104.00 |

Arron Finkhousen, Esq.                                                                          Page      6

|  |  | Hours | Amount |
|---|---|---|---|
| 6/1/2015 | Phone consult with T. Pinckett, witness re: Hearing preparation | 0.30 | 170.40 |
| | Review and respond to correspondence from T. Parker, Foundation School re: Hearing preparation | 0.20 | 113.60 |
| | Correspondence to T. Pinckett, and A. Graham re: Petitioner's exhibits and hearing preparation | 0.40 | 227.20 |
| | Phone consult with A. Jones, parent re: Hearing preparation | 0.30 | 170.40 |
| | Correspondence to T. Chor, Esq., DCPS re: Rejection of DCPS' settlement proposal | 0.30 | 170.40 |
| 6/2/2015 | Phone consult with T. Pickett, witness, re: Documents and hearing preparation | 0.20 | 113.60 |
| | Review and respond to correspondence from N Hollowell, Shaw Collaborative re: Availability of case workers to testify at DCPS hearing | 0.20 | 113.60 |
| | Review Functional Behavior Assessment from C. Lloyd, social worker Stanton ES | 0.40 | 227.20 |
| | Review speech and language evaluation from M. Coper, Stanton ES | 0.30 | 170.40 |
| | Meeting with T. Pickett, potential witness re: Hearing preparation | 0.40 | 227.20 |
| | Travel to meeting with T. Pickett, potential witness re: Hearing preparation (travel billed at 50% of hourly rate) | 0.90 | 255.60 |
| | Prepare for hearing -- opening statement, revise witness questions, exhibits | 3.50 | 1,988.00 |
| 6/3/2015 | Phone consult with T. Parker, Foundation School re: Hearing preparation | 0.60 | 340.80 |
| | Draft Petitioner's opening statement | 2.50 | 1,420.00 |
| | Review correspondence from C. Carron, Hearing Officer re:  Hearing protocols | 0.20 | 113.60 |
| | Phone consult with A. Graham, truancy officer re: School observations | 0.30 | 170.40 |
| | Draft witness questions and direct exam questions of Petitioner | 1.20 | 681.60 |
| | Phone consult with T. Pickett, family case worker re: Hearing preparation | 0.30 | 170.40 |
| | Prepare for hearing - review of all exhibits | 3.90 | 2,215.20 |
| 6/4/2015 | Meeting with A. Jones, parent re: Hearing preparation | 1.30 | 738.40 |
| | Prepare direct exam questions of parent and T. Pickett, witness | 2.90 | 1,647.20 |
| | Phone consult with T. Pickett, witness re: Hearing preparation | 0.30 | 170.40 |
| | Travel to/from office/Petitioner's home to attend meeting with parent re: Hearing preparation  (travel billed at 50% of hourly rate) | 1.80 | 511.20 |

Arron Finkhousen, Esq.                                                                                    Page    7

|  |  | Hours | Amount |
|---|---|---|---|
| 6/4/2015 | Phone consult with T. Parker, Foundation School re: Hearing preparation | 0.30 | 170.40 |
|  | Finalize opening statement | 1.20 | 681.60 |
| 6/5/2015 | Review exhibits and witness questions to prepare for hearing | 1.00 | 568.00 |
|  | Attend hearing | 3.50 | 1,988.00 |
|  | Post-hearing meeting with A. Jones, parent | 0.30 | 170.40 |
|  | Review and respond to correspondence from T. Parker, Foundation School re: Hearing preparation | 0.30 | 170.40 |
|  | Travel to/from office/ hearing at D.C. Office of Dispute Resolution  (travel billed at 50% of hourly rate) | 2.10 | 596.40 |
| 6/9/2015 | Phone consult with A. Jones, parent re: DCPS' failure to provide copy of report from psychological evaluation review | 0.30 | 170.40 |
|  | Correspondence to D. Lyons, Stanton ES re: Need for DCPS to provide report from DCPS psychological review | 0.20 | 113.60 |
| 6/10/2015 | Review correspondence from D. Lyons, Stanton ES re: Report from DCPS psychological evaluation and school meeting | 0.20 | 113.60 |
| 6/12/2015 | Review and respond to correspondence from D. Lyons, Stanton ES re: Re-evaluations | 0.20 | 113.60 |
|  | Review correspondence from C. Carron, Hearing Officer re: 2nd day of due process hearing | 0.20 | 113.60 |
| 6/14/2015 | Prepare for 2nd day of hearing | 1.00 | 568.00 |
|  | Phone consult with A. Jones, parent re: Preparation for 2nd day of hearing | 0.30 | 170.40 |
| 6/15/2015 | Attend 2nd day of hearing at D.C. Office of Dispute Resolution | 3.00 | 1,704.00 |
|  | Post-hearing meeting with A. Jones, parent | 0.30 | 170.40 |
|  | Travel to/from office/D.C. Office of Dispute Resolution to attend 2nd day of hearing (travel billed at 50% of hourly rate) | 2.20 | 624.80 |
| 6/26/2015 | Draft and finalize request for transcript from Due Process Hearing | 0.30 | 170.40 |
|  | Phone consult with A. Jones, parent re: Hearing Officer Determination and IEP meeting ordered by  Hearing Officer Determination | 0.20 | 113.60 |
|  | Correspondence to M. Smith, DCPS CCM re: IEP meeting ordered by  Hearing Officer Determination | 0.20 | 113.60 |

Arron Finkhousen, Esq.                                                                                    Page     8

| | | Hours | Amount |
|---|---|---|---|
| 6/28/2015 | Review and respond to correspondence from T. Parker, Foundation School re: Hearing Officer Determination | 0.30 | 170.40 |
| | Review 77 page Hearing Officer Determination | 1.20 | 681.60 |
| 6/30/2015 | Correspondence to A. Jones, parent re: Hearing Officer Determination | 0.40 | 227.20 |
| | Review and respond to correspondence from M. Smith, DCPS CCM re: IEP meeting ordered by  Hearing Officer Determination | 0.20 | 113.60 |
| 7/2/2015 | Review correspondence from D. Lyons, Stanton ES re: IEP meeting ordered per Hearing Officer Determination | 0.20 | 113.60 |
| | Correspondence to A. Jones, parent re: IEP meeting ordered per Hearing Officer Determination | 0.30 | 170.40 |
| | Correspondence to M. Smith, DCPS CCM re: IEP meeting ordered per Hearing Officer Determination | 0.20 | 113.60 |
| 7/4/2015 | Phone consult to A. Jones, parent re: Independent evaluation ordered per Hearing Officer Determination | 0.30 | 170.40 |
| | Correspondence to T. Chor, Esq., DCPS re: Independent evaluation ordered per Hearing Officer Determination | 0.20 | 113.60 |
| 7/9/2015 | Review correspondence from M. Smith, DCPS CCM re: Transportation for independent evaluation ordered per Hearing Officer Determination | 0.20 | 113.60 |
| | Correspondence to M. Smith, DCPS CCM re: 7/22 IEP meeting ordered per Hearing Officer Determination | 0.20 | 113.60 |
| | Review correspondence from M. Smith, DCPS CCM re: 7/22/15  IEP meeting ordered per Hearing Officer Determination | 0.20 | 113.60 |
| 7/22/2015 | Phone consult with A. Jones, parent re: IEP meeting ordered per Hearing Officer Determination | 0.20 | 113.60 |
| | Review file to prepare for IEP meeting ordered per Hearing Officer Determination | 0.70 | 397.60 |
| | Attend IEP meeting at Stanton ES ordered per Hearing Officer Determination | 3.50 | 1,988.00 |
| | Travel to/from office/ Stanton ES to attend IEP meeting ordered per Hearing Officer Determination (travel billed at 50% of hourly rate) | 2.00 | 568.00 |
| 7/23/2015 | Correspondence to M. Zimmitti, Ph.D. re: Independent psychological evaluation ordered per Hearing Officer Determination | 0.20 | 113.60 |
| 7/24/2015 | Review and respond to correspondence from M. Zimmitti, Ph.D. re: Independent psychological evaluation ordered per Hearing Officer Determination | 0.20 | 113.60 |

Arron Finkhousen, Esq.                                                                     Page      9

|  |  | Hours | Amount |
|---|---|---|---|
| 7/24/2015 | Review and respond to 2nd correspondence from M. Zimmitti, Ph.D. re: Independent psychological evaluation ordered by per Hearing Officer Determination | 0.20 | 113.60 |
| 7/31/2015 | Review correspondence from D. Lyons, Stanton ES re: Safety plan as part of IEP ordered per Hearing Officer Determination | 0.20 | 113.60 |
| 8/3/2015 | Attend rescheduled IEP meeting at Stanton ES ordered per Hearing Officer Determination | 1.80 | 1,022.40 |
|  | Review safety plan developed by DCPS as ordered per Hearing Officer Determination | 0.40 | 227.20 |
|  | Travel to/from office/Stanton ES to attend IEP meeting ordered via Hearing Officer Determination (travel billed at 50% of hourly rate) | 1.20 | 340.80 |
| 8/4/2015 | Review correspondence and notes from IEP meeting from M. Smith, DCPS CCM | 0.30 | 170.40 |
| 8/5/2015 | Review IEP meeting notes from M. Smith, DCPS CCM per Hearing Officer Determination | 0.30 | 170.40 |
|  | Review correspondence from D. Lyons, Stanton ES re: IEP meeting notes from IEP meeting ordered per Hearing Officer Determination | 0.20 | 113.60 |
|  | Review and respond to correspondence from K. Conaboy, clinician re: Independent psychological evaluation ordered per Hearing Officer Determination | 0.20 | 113.60 |
|  | Phone consult with M. Sherman, Registrar at Kramer MS re: Placement per Hearing Officer Determination | 0.30 | 170.40 |
|  | Correspondence to M. Smith, DCPS CCM, re: Inaccuracies in IEP meeting notes and need for copies of finalized documents | 0.30 | 170.40 |
| 8/6/2015 | Review correspondence from K. MacFarland, DCPS CCM re: Need for compliance with Hearing Officer Determination | 0.20 | 113.60 |
|  | Review placement letter from K. MacFarland, DCPS CCM for SY 2015-2016 re: New school placement ordered per Hearing Officer Determination | 0.20 | 113.60 |
| 8/7/2015 | Phone consult with A. Jones, parent re: Placement at Kramer MS per Hearing Officer Determination | 0.20 | 113.60 |
| 8/10/2015 | Phone consult with Ms. Abby, Kramer MS re: School registration for new students | 0.20 | 113.60 |
|  | Phone consult with A. Jones, parent re: School registration for new students | 0.20 | 113.60 |
|  | 2nd phone consult with A. Jones, parent re: New school placement ordered per Hearing Officer Determination | 0.20 | 113.60 |

Arron Finkhousen, Esq.                                                                                    Page    10

| | | Hours | Amount |
|---|---|---|---|
| 8/11/2015 | Phone consult with Ms. Walker, Kramer MS re: Need to meet with SPED coordinator re: Inability of DCPS to implement IEP at Kramer MS as ordered per Hearing Officer Determination | 0.20 | 113.60 |
| | Correspondence to Ms. Walker, Kramer MS re: IEP meeting to review proposed placement at Kramer MS as ordered per Hearing Officer Determination | 0.30 | 170.40 |
| | Review and respond to correspondence from J. Walters, Kramer MS re: DCPS' proposed school placement for SY 2015-2016 | 0.20 | 113.60 |
| 8/12/2015 | Phone consult with J. Walters, Kramer MS re: School placement proposed by DCPS central office per Hearing Officer Determination | 0.30 | 170.40 |
| 8/17/2015 | Correspondence to J. Walters, Kramer MS re: Need for class schedule and parent meeting to review proposed school placement as ordered per Hearing Officer Determination | 0.20 | 113.60 |
| 8/18/2015 | Correspondence to J. Walters, Kramer MS re: Need for class schedule and need for compliance with Hearing Officer Determination | 0.30 | 170.40 |
| 8/19/2015 | Review and respond to correspondence from J. Walters, Kramer MS re: Class schedule and school placement ordered per Hearing Officer Determination | 0.30 | 170.40 |
| 8/21/2015 | Phone consult with A. Jones, parent re: DCPS' proposed school placement for SY 2015-2016 as ordered per Hearing Officer Determination | 0.20 | 113.60 |
| 8/25/2015 | Correspondence to K. Conaboy, clinician re: Independent psychological evaluation ordered per Hearing Officer Determination | 0.20 | 113.60 |
| 8/27/2015 | Phone consult with A. Jones, parent re: DCPS' school placement for SY 2015-2016 as ordered per Hearing Officer Determination | 0.30 | 170.40 |
| | Review correspondence from K. Conaboy, clinician re: Independent psychological evaluation ordered per Hearing Officer Determination | 0.20 | 113.60 |
| 8/31/2015 | Review and respond to correspondence from K. MacFarland, DCPS CCM re: Independent psychological evaluation ordered per Hearing Officer Determination | 0.20 | 113.60 |
| 9/1/2015 | Review and respond to correspondence from K. Conaboy, clinician re: Independent psychological evaluation ordered per Hearing Officer Determination | 0.20 | 113.60 |
| 9/8/2015 | Review and respond to correspondence from K. MacFarland DCPS, CCM re: Independent psychological evaluation ordered per Hearing Officer Determination | 0.20 | 113.60 |
| | Phone consult with A. Jones, parent re: Recent suspension and safety plan as ordered per Hearing Officer Determination | 0.30 | 170.40 |
| | Correspondence to J. Walters, Kramer MS and D. Dykes, Kramer MS re: School issues and need for IEP meeting to determine appropriate school placement and develop safety plan as ordered per Hearing Officer Determination | 0.30 | 170.40 |

Arron Finkhousen, Esq.                                                                                 Page    11

|  |  | Hours | Amount |
|---|---|---|---|
| 9/8/2015 | Correspondence to K. Conaboy, clinician re: Funding for Independent psychological evaluation ordered per Hearing Officer Determination | 0.30 | 170.40 |
| 9/10/2015 | Review correspondence from K. Conaboy, clinician re: Independent psychological evaluation ordered per  Hearing Officer Determination | 0.20 | 113.60 |
|  | Correspondence to J. Walters, Kramer MS and D. Dykes, Kramer MS re: Need for IEP meeting to develop safety plan as ordered via Hearing Officer Determination | 0.30 | 170.40 |
|  | Correspondence to K. Conaboy, clinician re: Remaining school records needed for independent psychological evaluation ordered per Hearing Officer Determination | 0.50 | 284.00 |
|  | Phone consult with B. Brown, Kramer MS re: School placement issues and need for safety plan as ordered per Hearing Officer Determination | 0.30 | 170.40 |
| 9/11/2015 | Review and respond to correspondence from J. Walters, Kramer MS re: Services ordered per Hearing Officer Determination | 0.40 | 227.20 |
| 9/14/2015 | Phone consult with Kramer MS re: Need for school meeting to develop safety plan as ordered per Hearing Officer Determination | 0.30 | 170.40 |
|  | Review and respond to correspondence from J. Walters, Kramer MS re: Need for copy of class schedule and safety plan as ordered per Hearing Officer Determination | 0.20 | 113.60 |
|  | Phone consult with R. Smith, principal Kramer MS re: Need for IEP meeting and more responsiveness of J. Walters, special education coordinator at Kramer MS re: Development of safety plan as ordered per Hearing Officer Determination | 0.30 | 170.40 |
|  | Review and respond to 2nd correspondence to J. Walters, special education coordinator,  Kramer MS re: Class schedule and safety plan as ordered per Hearing Officer Determination | 0.20 | 113.60 |
|  | Phone consult with A. Jones, parent re: IEP meeting to develop/review safety plan as ordered per Hearing Officer Determination | 0.20 | 113.60 |
|  | Review and respond to 3rd correspondence to J. Walters, special education coordinator, Kramer MS re: IEP meeting to develop/review safety plan as ordered per Hearing Officer Determination | 0.20 | 113.60 |
|  | Review and respond to 4th correspondence from J. Walters, special education coordinator  Kramer MS re: Need for copy of class schedule | 0.20 | 113.60 |
|  | Review and respond to correspondence from K. Conaboy, clinician re: Independent psychological evaluation ordered per Hearing Officer Determination | 0.20 | 113.60 |
|  | Review and respond to 2nd correspondence from K. Conaboy, clinician re: Classroom observation as part of independent psychological evaluation ordered per Hearing Officer Determination | 0.20 | 113.60 |

Arron Finkhousen, Esq.                                                                                    Page    12

| | | Hours | Amount |
|---|---|---|---|
| 9/14/2015 | Review CV from C. Golden, Ph.D. re: Independent psychological evaluation ordered per Hearing Officer Determination | 0.20 | 113.60 |
| 9/15/2015 | Research DCPS 6th grade curriculum requirements and grading policies re: Full time special education placement ordered per Hearing Officer Determination but not being offered by DCPS | 2.00 | 1,136.00 |
| | Attend meeting with special education coordinator at Kramer MS to review safety plan and class schedule as ordered per Hearing Office Determination | 1.30 | 738.40 |
| | Correspondence to J. Walters, special education coordinator,  Kramer MS and R. Smith, principal Kramer MS re: Need for class schedule that provides classes in special education as ordered per Hearing Officer Determination | 0.20 | 113.60 |
| | Travel to/from office/Kramer MS to review safety plan and class schedule as ordered per Hearing Officer Determination  (travel billed at 50% of hourly rate) | 2.00 | 568.00 |
| | Review and respond to correspondence from R. Smith, principal Kramer MS re: Need for class schedule and classes to reflect full time special education placement ordered per Hearing Officer Determination | 0.30 | 170.40 |
| 9/17/2015 | Phone conf: A. Jones, parent re: Independent psychological evaluation ordered per Hearing Officer Determination | 0.20 | 113.60. |
| | Correspondence to K. Conaboy, clinician re: Independent psychological evaluation ordered per Hearing Officer Determination | 0.20 | 113.60 |
| | Review and respond to correspondence from Dr. Golden, Ph.D. re: Psychological evaluation ordered per Hearing Officer Determination | 0.20 | 113.60 |
| 9/18/2015 | Review and respond to correspondence from Dr. Golden, Ph.D. re: Independent psychological evaluation ordered per Hearing Officer Determination | 0.30 | 170.40 |
| 9/22/2015 | Correspondence to K. Conaboy clinician re: Parent authorization for psychological evaluation ordered per Hearing Officer Determination | 0.30 | 170.40 |
| | Review correspondence from K. Conaboy clinician re: Psychological evaluation ordered per Hearing Officer Determination | 0.20 | 113.60 |
| | Review and respond to correspondence from T. Parker, The Foundation School re: Placement availability | 0.20 | 113.60 |
| | Review and respond to 2nd correspondence from T. Parker, The Foundation School re: Possible school placement | 0.20 | 113.60 |
| 9/28/2015 | Meeting with A. Jones, parent re: Psychological evaluation ordered per Hearing Officer Determination | 0.40 | 227.20 |
| | Correspondence to Ms. Walters and Mr. Smith, Kramer Middle School re: Need for a copy of class schedule and documentation that it complies with Hearing Officer Determination | 0.20 | 113.60 |

Arron Finkhousen, Esq.

| | | Hours | Amount |
|---|---|---|---|
| 9/28/2015 | Correspondence to T. Parker, The Foundation School re: Availability of school placement at The Foundation School | 0.30 | 170.40 |
| 9/29/2015 | Review correspondence from R. Smith, Kramer MS re: Student's class schedule | 0.20 | 113.60 |
| | Review and respond to correspondence from J. Walters, Kramer MS re: Need for school meeting to review student's placement because placement offered by DCPS did not provide for full time special education services as ordered per Hearing Officer Determination | 0.20 | 113.60 |
| | Phone conf: A. Jones, parent re: Need for school meeting to review school placement because placement did not provide for full time special education services as ordered per Hearing Officer Determination | 0.20 | 113.60 |
| | 2nd phone conf: A. Jones, parent re: Independent psychological evaluation ordered per Hearing Officer Determination | 0.20 | 113.60 |
| 10/1/2015 | Phone conf: A. Jones, parent re: Acting out conduct at school due to school placement that did not comply with placement that was ordered per Hearing Officer Determination | 0.30 | 170.40 |
| | Review and respond to correspondence from J. Walters, Kramer MS re: School meeting due to placement not in compliance with placement ordered per Hearing Officer Determination | 0.20 | 113.60 |
| 10/5/2015 | Phone conf: A. Jones, parent re: Recent suspension due to placement that does not comply with placement that was ordered per Hearing Officer Determination | 0.20 | 113.60 |
| | Correspondence to V. Johnson, Kramer MS re: Need for meeting to discuss DCPS' school placement that does not comply with placement ordered per Hearing Officer Determination | 0.20 | 113.60 |
| 10/7/2015 | Review and respond to correspondence from C. Golden, Ph.D. re: Independent psychological evaluation ordered per Hearing Officer Determination | 0.20 | 113.60 |
| | Phone conf: A. Jones, parent re: School placement that does not comply with placement ordered per Hearing Officer Determination | 0.20 | 113.60 |
| | Correspondence to V. Johnson, Kramer MS re: Need to conduct independent independent psychological evaluation ordered per Hearing Officer Determination | 0.20 | 113.60 |
| 10/8/2015 | Review correspondence from J. Walters, Kramer MS re: Independent psychological evaluation ordered per Hearing Officer Determination | 0.20 | 113.60 |
| | Correspondence to C. Golden, Ph.D. re: School requirement that testing for independent psychological evaluation ordered per Hearing Officer Determination be scheduled in advance | 0.20 | 113.60 |
| 10/30/2015 | Phone conf: A. Jones, parent re: Case status and psychological evaluation ordered per Hearing Officer Determination | 0.20 | 113.60 |

Arron Finkhousen, Esq.                                                                                                              Page     14

| | | Hours | Amount |
|---|---|---|---|
| 11/3/2015 | Review and respond to correspondence from I. Johnson, DCPS CCM re: Status of psychological evaluation ordered per Hearing Officer Determination | 0.20 | 113.60 |
| 11/18/2015 | Correspondence to T. Parker, The Foundation School re: Possible school placement at The Foundation School | 0.20 | 113.60 |
| | 2nd correspondence to T. Parker, The Foundation School re: Possible school placement at The Foundation School | 0.20 | 113.60 |
| | Phone conference with A. Jones, parent re: Status of placement at The Foundation School | 0.20 | 113.60 |
| | Review and respond to correspondence from A. Finkhousen, Esq. AAG re: Placement letter from DCPS for school placement at The Foundation School | 0.20 | 113.60 |
| | Review placement letter from DCPS for placement at The Foundation School | 0.20 | 113.60 |
| | Review and respond to 2nd correspondence from A. Finkhousen, Esq. AAG re: Transition meeting with The Foundation School requested by DCPS | 0.20 | 113.60 |
| 11/19/2015 | Review and respond to correspondence from T. Parker ,The Foundation School re: School placement and enrollment at The Foundation School | 0.20 | 113.60 |
| | Review and respond to correspondence from K. McFarland, DCPS CCM re: School placement at The Foundation School and transportation | 0.20 | 113.60 |
| | Phone conference with A. Jones, parent re: School placement at The Foundation School | 0.20 | 113.60 |
| 11/20/2015 | Review correspondence from K. McFarland, DCPS CCM re: Transportation for start of school placement at The Foundation School | 0.20 | 113.60 |
| 11/23/2015 | Review and respond to correspondence from K. McFarland, DCPS CCM re: DCPS school placement at The Foundation School and transportation | 0.20 | 113.60 |
| | Phone conference with A. Jones, parent re: School enrollment at The Foundation School | 0.20 | 113.60 |
| | Review and respond to 2nd correspondence from K. McFarland, DCPS CCM re: Placement at The Foundation School | 0.20 | 113.60 |
| 12/4/2015 | Phone conf: A. Jones, parent re: Case status | 0.20 | 113.60 |
| | Review and respond to correspondence from I. Johnson, DCPS CCM re: Independent psychological evaluation ordered per Hearing Officer Determination | 0.20 | 113.60 |
| 1/5/2016 | Correspondence to K. Conaboy, clinician re: Independent psychological evaluation ordered per Hearing Officer Determination | 0.20 | 113.60 |
| | Phone conf: A. Jones, parent re: Independent psychological evaluation ordered per Hearing Officer Determination | 0.30 | 170.40 |

Arron Finkhousen, Esq.                                                                                    Page    15

| | | Hours | Amount |
|---|---|---|---|
| 1/5/2016 | Review and respond to correspondence from K. Conaboy, clinician re: Independent psychological evaluation  ordered per Hearing Officer Determination | 0.20 | 113.60 |
| 1/15/2016 | Review and respond to correspondence from I. Johnson, DCPS CCM re: Independent psychological evaluation ordered per Hearing Officer Determination | 0.20 | 113.60 |
| | Phone conf: A. Jones, parent re: Independent psychological evaluation ordered per Hearing Officer Determination | 0.20 | 113.60 |
| | Correspondence to A. Jones, parent re: Independent psychological evaluation ordered per Hearing Officer Determination | 0.30 | 170.40 |
| 1/29/2016 | Review and respond to correspondence from K. Conaboy, clincian re: Independent psychological evaluation ordered per Hearing Officer Determination | 0.20 | 113.60 |
| | Phone conf: A. Jones, parent re: Independent psychological evaluation ordered per Hearing Officer Determination | 0.20 | 113.60 |
| 1/30/2016 | Review and respond to correspondence from Dr. Golden, Ph.D. re: Independent psychological evaluation ordered per Hearing Officer Determination | 0.20 | 113.60 |
| 2/3/2016 | Correspondence to K. Conaboy, clinician re: Completion of independent evaluation ordered per Hearing Officer Determination due to refusal of student to cooperate | 0.20 | 113.60 |
| 2/9/2016 | Review and respond to correspondence to K. Conaboy, clinician re: Completion of independent evaluation ordered per Hearing Officer Determination due to student's noncompliance | 0.20 | 113.60 |
| 2/10/2016 | Correspondence to T. Parker, Foundation School re: Need for IEP meeting ordered per Hearing Officer Determination | 0.20 | 113.60 |
| | Review correspondence from T. Parker, Foundation School re: Need for IEP meeting ordered per Hearing Officer Determination | 0.20 | 113.60 |
| | Review and respond to correspondence from K. Conaboy, re: Independent psychological evaluation ordered per Hearing Officer Determination | 0.20 | 113.60 |
| | Phone conf: A. Jones, parent re: Need for student to comply with psychological evaluation ordered per Hearing Officer Determination | 0.30 | 170.40 |
| 2/11/2016 | Review and respond to correspondence from I. Johnson, DCPS CCM re: Report from independent psychological evaluation ordered per Hearing Officer Determination | 0.20 | 113.60 |
| | Review correspondence from C. Golden, Ph.D. re: Independent psychological evaluation ordered per Hearing Officer Determination | 0.20 | 113.60 |
| | Review and respond to correspondence from S. Morlock, Foundation School re: IEP meeting ordered per Hearing Officer Determination | 0.30 | 170.40 |

Arron Finkhousen, Esq.                                                                      Page    16

|  |  | Hours | Amount |
|---|---|---|---|
| 2/12/2016 | Review correspondence from S. Morlock, Foundation School re: IEP meeting ordered per Hearing Officer Determination | 0.20 | 113.60 |
|  | Correspondence to S. Morlock, Foundation School re: Upcoming IEP meeting ordered per Hearing Officer Determination | 0.20 | 113.60 |
| 2/15/2016 | Review correspondence from S. Morlock, Foundation School re: Upcoming IEP meeting  ordered per Hearing Officer Determination | 0.20 | 113.60 |
| 2/16/2016 | Review and respond to correspondence from J. Banks, DCPS re: IEP meeting on 2/19 to revise IEP ordered  per Hearing Officer Determination | 0.20 | 113.60 |
| 2/18/2016 | Phone conf: A. Jones, parent re: IEP meeting at Foundation School to revise IEP per Hearing Officer Determination | 0.20 | 113.60 |
| 2/19/2016 | Attend IEP meeting at Foundation School ordered per Hearing Officer Determination | 1.50 | 852.00 |
|  | Review correspondence from J. Banks, DCPS CCM re: Proposed amendment to IEP | 0.20 | 113.60 |
|  | Travel to/from office/Foundation School for IEP meeting ordered per Hearing Officer Determination  (travel billed at 50% of hourly rate) | 2.00 | 568.00 |
|  | Review revised IEP from J. Banks, DCPS CCM re:  Increase in specialized instruction ordered per Hearing Officer Determination | 0.40 | 227.20 |
|  | Correspondence to J. Banks, DCPS CCM re: Errors in proposed amended IEP | 0.40 | 227.20 |
| 2/22/2016 | Review and respond to correspondence from J. Banks, DCPS CCM re: Amendment to IEP increasing specialized instruction as ordered per Hearing Officer Determination | 0.20 | 113.60 |
|  | Review revised IEP with increased specialized instruction as ordered per Hearing Officer Determination | 0.30 | 170.40 |
| 2/23/2016 | Review and respond to correspondence from I. Johnson, DCPS CCM re: Report from psychological evaluation ordered per Hearing Officer Determination | 0.20 | 113.60 |
| 3/11/2016 | Review report from psychological evaluation ordered per Hearing Officer Determination | 0.50 | 284.00 |
|  | Correspondence to K. Conaboy, clinician re: Error in report from psychological evaluation ordered per Hearing Officer Determination | 0.30 | 170.40 |
|  | Review correspondence from K. Conaboy, clinician re: Error in report from psychological evaluation ordered per Hearing Officer Determination | 0.20 | 113.60 |
|  | Correspondence to J. Banks, DCPS re: Need for finalized IEP as ordered per Hearing Officer Determination | 0.30 | 170.40 |

Arron Finkhousen, Esq.                                                                                          Page    17

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| 3/14/2016 | Review correspondence from K. Conaboy, clinician re: Corrected report from psychological evaluation ordered per Hearing Officer Determination | 0.20 | 113.60 |
| | Review corrected report from psychological evaluation ordered per Hearing Officer Determination | 0.30 | 170.40 |
| | Review and respond to correspondence from J. Banks, DCPS re Changes to IEP ordered per Hearing Officer Determination | 0.20 | 113.60 |
| | Review amended IEP to ascertain compliance with requirements of Hearing Officer Determination | 0.30 | 170.40 |
| 3/16/2016 | Correspondence to A. Jones, parent re: Case status and IEP meeting ordered per Hearing Officer Determination | 0.40 | 227.20 |
| 3/22/2016 | Review and respond to correspondence from I. Johnson, DCPS CCM re: Report from psychological evaluation ordered per Hearing Officer Determination | 0.20 | 113.60 |
| 3/23/2016 | Phone consult with A. Jones, parent re: Psychological evaluation per Hearing Officer Determination | 0.20 | 113.60 |
| | Correspondence to I. Johnson, DCPS CCM re: Report from psychological evaluation ordered per Hearing Officer Determination | 0.30 | 170.40 |
| 3/25/2016 | Review and respond to correspondence from I. Johnson, DCPS CCM re: IEP meeting ordered per Hearing Officer Determination | 0.30 | 170.40 |
| 3/29/2016 | Review correspondence from J. Banks, DCPS re: IEP meeting ordered per Hearing Officer Determination | 0.20 | 113.60 |
| 4/6/2016 | Review correspondence from E. Pandya, DCPS CCM re: IEP meeting ordered per Hearing Officer Determination | 0.20 | 113.60 |
| | Phone consult with A. Jones, parent re: IEP meeting ordered per Hearing Officer Determination | 0.20 | 113.60 |
| | Correspondence to E. Pandya, DCPS, CCM re: Availability to attend IEP meeting ordered per Hearing Officer Determination | 0.20 | 113.60 |
| 4/7/2016 | Review and respond to correspondence from E. Pandya, DCPS CCM re: Meeting to review report from psychological evaluation ordered per Hearing Officer Determination | 0.20 | 113.60 |
| 4/12/2016 | Correspondence to E. Pandya, DCPS CCM re: Meeting to review report from psychological evaluation ordered per Hearing Officer Determination | 0.20 | 113.60 |
| | Correspondence to A. Jones, parent re: Meeting to review report from psychological evaluation ordered per Hearing Officer Determination | 0.30 | 170.40 |
| 4/18/2016 | Phone consult with A. Jones, parent re: IEP meeting to review the psychological evaluation ordered per Hearing Officer Determination | 0.20 | 113.60 |

Arron Finkhousen, Esq.                                                                              Page    18

|            |                                                                                                                                                                | Hours | Amount |
|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 4/18/2016  | Attend IEP meeting at The Foundation School to review the psychological evaluation ordered per Hearing Officer Determination                                     | 1.50  | 852.00 |
|            | Travel to/from office/The Foundation School for IEP meeting to review the psychological evaluation ordered per Hearing Officer Determination  (travel billed at 50% of hourly rate) | 2.00  | 568.00 |
| 4/19/2016  | Review correspondence from E. Pandya, DCPS CCM re: IEP issues                                                                                                   | 0.20  | 113.60 |
| 5/10/2016  | Review correspondence from E. Pandya, DCPS CCM re: IEP meeting/revisions ordered per Hearing Officer Determination                                              | 0.20  | 113.60 |
| 5/13/2016  | Review updated educational records and file to prepare for IEP meeting ordered per Hearing Officer Determination                                                | 0.50  | 284.00 |
| 5/16/2016  | Phone consult with A. Jones, parent re: IEP meeting ordered per Hearing Officer Determination                                                                   | 0.20  | 113.60 |
|            | Attend IEP meeting at The Foundation School as ordered per Hearing Officer Determination                                                                        | 1.00  | 568.00 |
|            | Travel to/from office/The Foundation School to attend IEP meeting ordered per Hearing Officer Determination  (travel billed at 50% of hourly rate)              | 1.90  | 539.60 |
| 5/19/2016  | Review correspondence from E. Pandya, DCPS CCM re: IEP ordered per Hearing Officer Determination                                                                | 0.20  | 113.60 |
|            | Review revised IEP, BIP, and IEP meeting notes per IEP meeting ordered per Hearing Officer Determination                                                        | 0.60  | 340.80 |
|            | Correspondence to E. Pandya, DCPS CCM re: Errors in IEP meeting notes and IEP                                                                                   | 0.40  | 227.20 |
| 5/25/2016  | Review and respond to correspondence from E. Pandya, DCPS CCM re: Need for IEP meeting as ordered per Hearing Officer Determination                             | 0.20  | 113.60 |
| 5/28/2016  | Prepare petition for attorney fees and cost (Paralegal)                                                                                                         | 1.00  | 154.00 |
| 8/30/2016  | Review correspondence from S. Cogdell, DCPS CCM re: Signatures on revised IEP that was ordered per Hearing Officer Determination                                | 0.20  | 116.20 |
| 4/12/2017  | Review and respond to correspondence from C. Ballard, DCPS CCM re: Authorization for Independent Education Evaluations per Court Order                           | 0.30  | 174.30 |
| 4/22/2017  | Review correspondence from DCPS re: Court ordered independent evaluations                                                                                        | 0.20  | 116.20 |
|            | Review  letter from DCPS authorizing independent evaluations per Court Order                                                                                    | 0.20  | 116.20 |
| 9/12/2017  | Phone conference A. Jones, parent re: Status of evaluations ordered by Court                                                                                     | 0.20  | 120.40 |

Arron Finkhousen, Esq.                                                                                    Page    19

|            |                                                                                                                     | Hours | Amount   |
|------------|---------------------------------------------------------------------------------------------------------------------|-------|----------|
| 9/13/2017  | Correspondence to A. Finkhousen, Esq. AAG re: schedule for evaluations ordered by the Court                         | 0.20  | 120.40   |
| 1/8/2018   | Correspondence to A. Finkhousen, Esq. AAG re: Settlement proposal                                                   | 0.40  | 240.80   |
| 1/9/2018   | Correspondence to A. Finkhousen, Esq. AAG re: Court ordered Status Report                                           | 0.20  | 120.40   |
|            | Phone conference with A. Finkhousen, Esq. re: Settlement proposal                                                   | 0.20  | 120.40   |
| 2/8/2018   | Phone consult with A. Finkhousen Esq. AAG re: possible settlement                                                   | 0.20  | 120.40   |
| 2/11/2018  | Review petition for attorney fees and costs                                                                         | 1.50  | 903.00   |
| 2/27/2018  | Correspondence to A. Finkhousen, Esq. AAG re: Possible settlement proposal                                          | 0.20  | 120.40   |
|            | Review correspondence from A. Finkhousen Esq. AAG re: Possible settlement of outstanding issues                     | 0.20  | 120.40   |
| 3/1/2018   | Phone conference with A. Jones, parent re: Case status                                                              | 0.30  | 180.60   |
|            | Correspondence to A. Finkhousen Esq. AAG re: Case status                                                            | 0.20  | 120.40   |
|            | Review correspondence from A. Finkhousen, Esq. AAG re: Possible case settlement                                     | 0.20  | 120.40   |
| 4/9/2018   | Review and respond to correspondence from A. Finkhousen, Esq. AAG re: Court ordered report                          | 0.20  | 120.40   |
|            | Review draft Court Report from A. Finkhoussen, Esq. AAG                                                             | 0.20  | 120.40   |
|            | Phone conf: A. Jones parent re: Case status and Student's availability for testing                                  | 0.20  | 120.40   |
| 5/2/2018   | Correspondence to A. Finkhousen, Esq. AAG re: Rule 7 inquiry as to Defendant's consent to Plaintiff's Motion for Attorney Fees | 0.20  | 120.40   |
|            | Review file to begin preparing Plaintiff's Motion for Attorney Fees                                                 | 0.50  | 301.00   |
|            | Review and respond to correspondence from A. Finkhousen, Esq. AAG re: Plaintiff's Motion for Attorney Fees          | 0.20  | 120.40   |
| 5/7/2018   | Correspondence to A. Finkhousen Esq. AAG re: Court ordered Status Report                                            | 0.03  | 20.07    |
| 5/8/2018   | Review correspondence and proposed Status Report from A. Finkhousen, Esq. AAG                                       | 0.30  | 180.60   |
| 6/7/2018   | Review and respond to correspondence from A. Finkhousen, Esq. AAG re: Court ordered Status Report                   | 0.20  | 120.40   |
|            | Draft Plaintiff's Motion for Attorney Fees                                                                          | 2.50  | 1,505.00 |
| 6/10/2018  | Draft Petitioner's Motion for Attorney Fees and Costs                                                               | 5.50  | 3,311.00 |

Arron Finkhousen, Esq.                                                                        Page    20

|  |  | Hours | Amount |
|---|---|---|---|
| 6/11/2018 | Draft Petitioner's Motion for Attorney Fees and Costs | 3.00 | 1,806.00 |
|  | For professional services rendered | 166.33 | $86,934.57 |

Additional Charges :

|  |  | Qty |  |
|---|---|---|---|
| 2/11/2018 | Fax <br> (20 pages @ 0.25 per page) | 20 | 5.00 |
|  | 6/5/15    Parking to attend hearing at D.C. Office of Dispute Resolution  $9.00 (receipt attached) | 2 | 18.00 |
|  | 6/15/15   Parking to attend hearing at D.C. Office of Dispute Resolution  $9.00 (receipt attached) |  |  |
|  | Copies (1939 pages @ 0.25 per page) | 1939 | 484.75 |
|  | Postage | 1 | 23.37 |
|  | Mileage ( 506 @ .54 per mile) | 506 | 273.24 |

5/14/15  44 miles to/from office/Stanton ES for manifestation meeting

6/2/15    20 miles to/from office/7th Street NW for hearing preparation and meeting with T. Pickett, witness

6/4/15    46 miles to/from office/Jones' home for meeting with Jones, parent to prepare for hearing

6/5/15    36 miles to/from office/Office of Dispute Resolution to attend hearing

6/15/15  36 miles to/from office/Office of Dispute Resolution to attend 2nd day of hearing

7/22/15  44 miles to/from Stanton ES to attend IEP meeting

8/3/15    44 miles to/from office/Stanton ES to attend IEP meeting

9/15/15  44 miles to/from office/Kramer MS to attend safety plan meeting

2/19/16  64 miles to/from office/Foundation School, Landover, MD to attend IEP meeting

4/18/16   64 miles to/from office/Foundation School to review report from psychological evaluation

5/16/16   64 miles to/from office/Foundation School to attend IEP meeting

| Total costs | $804.36 |
|---|---|

Arron Finkhousen, Esq.                                              Page    21

                                                                       Amount

Total amount of this bill                                          $87,738.93

Balance due                                                       $87,738.93