

2015 NLJ Billing Survey

Source: National Law Journal
Category: National Law Journal

ALM Legal Intelligence, in association with The National Law Journal, collected 2015 hourly billing rates for partners, associates, of counsel and paralegals. The data sources include the published rates from the 20 largest federal bankruptcy jurisdictions and a survey of the nation's 350 largest firms conducted during October and November of 2015. Individual firm rates are not identified.



Hourly Billing Rates for 2015

| | Partner | | | Associate | | | Of Counsel | | | Paralegal | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | High | Low | Median | High | Low | Median | High | Low | Median | High | Low | Median |
| Overall Hourly Rates | $1,295 | $90 | $395 | $950 | $50 | $350 | $1,120 | $125 | $350 | $325 | $25 | $125 |

Rates by Firm Size

| | High | Low | Median | High | Low | Median | High | Low | Median | High | Low | Median |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 - 25 lawyers | $1,080 | $90 | $350 | $950 | $90 | $300 | $645 | $125 | $350 | $325 | $25 | $115 |
| 26 - 150 lawyers | $1,050 | $190 | $460 | $900 | $100 | $300 | $620 | $225 | $393 | $305 | $75 | $173 |
| 151 or more lawyers | $1,295 | $100 | $595 | $975 | $125 | $325 | $1,120 | $270 | $610 | $325 | $35 | $220 |

Rates by State

| | High | Low | Median | High | Low | Median | High | Low | Median | High | Low | Median |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AL | $725 | $200 | $375 | $375 | $175 | $300 | $495 | $290 | $393 | n/a | n/a | n/a |
| AZ | $750 | $125 | $375 | $750 | $175 | $250 | $750 | $250 | $300 | $250 | $75 | $125 |
| CA | $1,080 | $200 | $495 | $950 | $300 | $350 | $595 | $175 | $450 | $325 | $25 | $150 |
| CO | $893 | $350 | $443 | $642 | $150 | $325 | $400 | $325 | $363 | $285 | $75 | $158 |
| CT | $1,200 | $295 | $350 | $625 | $175 | $350 | $550 | $325 | $438 | $290 | $75 | $100 |
| DC | $1,095 | $975 | $1,035 | $655 | $350 | $375 | $775 | $275 | $750 | n/a | n/a | n/a |
| DE | $1,050 | $295 | $650 | $850 | $260 | $388 | $525 | $260 | $275 | $305 | $125 | $235 |
| FL | $625 | $175 | $375 | $525 | $100 | $300 | n/a | n/a | n/a | $255 | $65 | $123 |
| GA | $500 | $250 | $358 | $450 | $110 | $275 | $250 | $240 | $245 | $160 | $50 | $120 |
| IL | $985 | $200 | $420 | $710 | $150 | $300 | $1,120 | $395 | $430 | $215 | $75 | $120 |
| IN | $400 | $250 | $305 | $400 | $200 | $275 | $300 | $225 | $295 | $220 | $90 | $100 |
| KY | $340 | $200 | $290 | $350 | $200 | $275 | n/a | n/a | n/a | $150 | $75 | $105 |
| LA | $575 | $150 | $333 | $500 | $100 | $250 | $425 | $200 | $350 | $285 | $45 | $83 |
| MA | $650 | $300 | $475 | $500 | $260 | $350 | n/a | n/a | n/a | n/a | n/a | n/a |
| MD | $560 | $250 | $363 | $580 | $150 | $325 | $350 | $250 | $275 | $280 | $75 | $125 |
| MI | $375 | $190 | $265 | $400 | $125 | $275 | n/a | n/a | n/a | $125 | $75 | $103 |
| NC | $675 | $250 | $425 | $435 | $150 | $275 | n/a | n/a | n/a | $180 | $75 | $110 |
| NJ | $880 | $250 | $400 | $400 | $150 | $298 | $565 | $225 | $325 | $195 | $65 | $120 |
| NM | n/a | n/a | n/a | $350 | $175 | $200 | n/a | n/a | n/a | n/a | n/a | n/a |
| NV | $450 | $295 | $375 | $500 | $200 | $325 | n/a | n/a | n/a | $240 | $75 | $152 |
| NY | $1,295 | $100 | $420 | $975 | $90 | $350 | $930 | $250 | $573 | $325 | $60 | $130 |
| OH | $545 | $250 | $313 | $330 | $155 | $250 | n/a | n/a | n/a | $135 | $85 | $100 |
| OR | $485 | $315 | $370 | $325 | $230 | $300 | $450 | $310 | $380 | $220 | $145 | $185 |
| PA | $875 | $200 | $350 | $565 | $86 | $257 | $440 | $300 | $325 | $325 | $75 | $105 |
| PR* | $300 | $100 | $200 | $350 | $100 | $200 | $250 | $125 | $188 | $150 | $45 | $75 |
| TN | $735 | $225 | $300 | $350 | $150 | $250 | $300 | $270 | $300 | $150 | $50 | $90 |
| TX | $925 | $90 | $395 | $650 | $150 | $298 | $740 | $225 | $320 | $290 | $35 | $100 |
| VA | $545 | $220 | $335 | $495 | $175 | $295 | $400 | $300 | $350 | $325 | $75 | $95 |
| WA | $965 | $275 | $460 | $375 | $150 | $350 | n/a | n/a | n/a | $215 | $125 | $143 |
| WI | $595 | $560 | $578 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

n/a: data not available
*Puerto Rico is a U.S. Territory

## Hourly Billing Rates for 2015

| | Partner | | | |
|---|---|---|---|---|
| | High | Low | Median | High |
| Overall Hourly Rates | $1,295 | $90 | $395 | $950 |

### Rates by Firm Size

| | | | | |
|---|---|---|---|---|
| 1 - 25 lawyers | $1,080 | $90 | $350 | $950 |
| 26 - 150 lawyers | $1,050 | $190 | $460 | $900 |
| 151 or more lawyers | $1,295 | $100 | $595 | $975 |

### Rates by State

| | | | | |
|---|---|---|---|---|
| AL | $725 | $200 | $375 | $375 |
| AZ | $750 | $125 | $375 | $750 |
| CA | $1,080 | $200 | $495 | $950 |
| CO | $893 | $350 | $443 | $642 |
| CT | $1,200 | $295 | $350 | $625 |
| DC | $1,095 | $975 | $1,035 | $655 |
| DE | $1,050 | $295 | $650 | $850 |
| FL | $625 | $175 | $375 | $525 |
| GA | $500 | $250 | $358 | $450 |
| IL | $985 | $200 | $420 | $710 |
| IN | $400 | $250 | $305 | $400 |
| KY | $340 | $200 | $290 | $350 |
| LA | $575 | $150 | $333 | $500 |
| MA | $650 | $300 | $475 | $500 |
| MD | $560 | $250 | $363 | $580 |
| MI | $375 | $190 | $265 | $400 |
| NC | $675 | $250 | $425 | $435 |
| NJ | $880 | $250 | $400 | $400 |
| NM | n/a | n/a | n/a | $350 |
| NV | $450 | $295 | $375 | $500 |
| NY | $1,295 | $100 | $420 | $975 |
| OH | $545 | $250 | $313 | $330 |
| OR | $485 | $315 | $370 | $325 |
| PA | $875 | $200 | $350 | $565 |
| PR* | $300 | $100 | $200 | $350 |
| TN | $735 | $225 | $300 | $350 |
| TX | $925 | $90 | $395 | $650 |
| VA | $545 | $220 | $335 | $495 |
| WA | $965 | $275 | $460 | $375 |
| WI | $595 | $560 | $578 | n/a |

n/a: data not available
*Puerto Rico is a U.S. Territory

| Associate | | | Of Counsel | | |
|---|---|---|---|---|---|
| Low | Median | High | Low | Median | High |
| $50 | $350 | $1,120 | $125 | $350 | $325 |

| | | | | | |
|---|---|---|---|---|---|
| $90 | $300 | $645 | $125 | $350 | $325 |
| $100 | $300 | $620 | $225 | $393 | $305 |
| $125 | $325 | $1,120 | $270 | $610 | $325 |

| | | | | | |
|---|---|---|---|---|---|
| $175 | $300 | $495 | $290 | $393 | n/a |
| $175 | $250 | $750 | $250 | $300 | $250 |
| $300 | $350 | $595 | $175 | $450 | $325 |
| $150 | $325 | $400 | $325 | $363 | $285 |
| $175 | $350 | $550 | $325 | $438 | $290 |
| $350 | $375 | $775 | $275 | $750 | n/a |
| $260 | $388 | $525 | $260 | $275 | $305 |
| $100 | $300 | n/a | n/a | n/a | $255 |
| $110 | $275 | $250 | $240 | $245 | $160 |
| $150 | $300 | $1,120 | $395 | $430 | $215 |
| $200 | $275 | $300 | $225 | $295 | $220 |
| $200 | $275 | n/a | n/a | n/a | $150 |
| $100 | $250 | $425 | $200 | $350 | $285 |
| $260 | $350 | n/a | n/a | n/a | n/a |
| $150 | $325 | $350 | $250 | $275 | $280 |
| $125 | $275 | n/a | n/a | n/a | $125 |
| $150 | $275 | n/a | n/a | n/a | $180 |
| $150 | $298 | $565 | $225 | $325 | $195 |
| $175 | $200 | n/a | n/a | n/a | n/a |
| $200 | $325 | n/a | n/a | n/a | $240 |
| $90 | $350 | $930 | $250 | $573 | $325 |
| $155 | $250 | n/a | n/a | n/a | $135 |
| $230 | $300 | $450 | $310 | $380 | $220 |
| $86 | $257 | $440 | $300 | $325 | $325 |
| $100 | $200 | $250 | $125 | $188 | $150 |
| $150 | $250 | $300 | $270 | $300 | $150 |
| $150 | $298 | $740 | $225 | $320 | $290 |
| $175 | $295 | $400 | $300 | $350 | $325 |
| $150 | $350 | n/a | n/a | n/a | $215 |
| n/a | n/a | n/a | n/a | n/a | n/a |

| Paralegal | |
|---|---|
| Low | Median |
| $25 | $125 |

| | |
|---|---|
| $25 | $115 |
| $75 | $173 |
| $35 | $220 |

| | |
|---|---|
| n/a | n/a |
| $75 | $125 |
| $25 | $150 |
| $75 | $158 |
| $75 | $100 |
| n/a | n/a |
| $125 | $235 |
| $65 | $123 |
| $50 | $120 |
| $75 | $120 |
| $90 | $100 |
| $75 | $105 |
| $45 | $83 |
| n/a | n/a |
| $75 | $125 |
| $75 | $103 |
| $75 | $110 |
| $65 | $120 |
| n/a | n/a |
| $75 | $152 |
| $60 | $130 |
| $85 | $100 |
| $145 | $185 |
| $75 | $105 |
| $45 | $75 |
| $50 | $90 |
| $35 | $100 |
| $75 | $95 |
| $125 | $143 |
| n/a | n/a |