

## 2013 NLJ Billing Survey

Copyright 2013 © ALM Media Properties, LLC. All rights reserved.

| Firm | Largest U.S. Office* | Partner Billing Rate Avg | Partner Billing Rate | Partner Billing Rate Low |
|---|---|---|---|---|
| Richards, Layton & Finger | Wilmington, DE | $660 | $850 | $475 |
| Wolff & Samson | West Orange, NJ | $400 | $450 | $325 |
| Wilmer Cutler Pickering Hale and Dorr | Washington, DC | $905 | $1,250 | $735 |
| Pillsbury Winthrop Shaw Pittman | Washington, DC | $865 | $1,070 | $615 |
| Hogan Lovells | Washington, DC | $835 | $1,000 | $705 |
| Arnold & Porter | Washington, DC | $815 | $950 | $670 |
| Akin Gump Strauss Hauer & Feld | Washington, DC | $785 | $1,220 | $615 |
| Covington & Burling | Washington, DC | $780 | $890 | $605 |
| Dickstein Shapiro | Washington, DC | $750 | $1,250 | $590 |
| Patton Boggs | Washington, DC | $665 | $780 | $490 |
| Wiley Rein | Washington, DC | $665 | $950 | $550 |
| Venable | Washington, DC | $660 | $1,075 | $470 |
| Arent Fox | Washington, DC | $650 | $860 | $500 |
| Holland & Knight | Washington, DC | $595 | $1,035 | $335 |
| Shumaker, Loop & Kendrick | Toledo, OH | $405 | $585 | $295 |
| Carlton Fields | Tampa, FL | $600 | $840 | $455 |
| Bond, Schoeneck & King | Syracuse, NY | $355 | $520 | $240 |
| Bryan Cave | St. Louis, MO | $590 | $860 | $405 |
| Thompson Coburn | St. Louis, MO | $440 | $510 | $330 |
| Husch Blackwell | St. Louis, MO | $430 | $925 | $235 |
| Perkins Coie | Seattle, WA | $600 | $940 | $320 |
| Lane Powell | Seattle, WA | $430 | $465 | $365 |
| Morrison & Foerster | San Francisco, CA | $865 | $1,195 | $595 |
| Orrick, Herrington & Sutcliffe | San Francisco, CA | $625 | $945 | $305 |
| Littler Mendelson | San Francisco, CA | $550 | $615 | $395 |
| Sedgwick | San Francisco, CA | $425 | $615 | $305 |
| Gordon & Rees | San Francisco, CA | $420 | $475 | $375 |
| Cox Smith Matthews | San Antonio, TX | $505 | $595 | $395 |
| Lowenstein Sandler | Roseland, NJ | $615 | $755 | $510 |
| Connell Foley | Roseland, NJ | $425 | $575 | $275 |
| Harris Beach | Rochester, NY | $385 | $600 | $295 |
| Harter Secrest & Emery | Rochester, NY | $385 | $465 | $300 |
| Best Best & Krieger | Riverside, CA | $455 | $655 | $340 |
| McGuireWoods | Richmond, VA | $595 | $725 | $450 |
| Williams Mullen | Richmond, VA | $385 | $410 | $360 |
| Stevens & Lee | Reading, PA | $625 | $800 | $525 |
| Stoel Rives | Portland, OR | $475 | $690 | $320 |
| Reed Smith | Pittsburgh, PA | $710 | $945 | $545 |
| Snell & Wilmer | Phoenix, AZ | $495 | $695 | $295 |
| Blank Rome | Philadelphia, PA | $640 | $940 | $445 |
| Pepper Hamilton | Philadelphia, PA | $630 | $850 | $475 |
| Duane Morris | Philadelphia, PA | $620 | $710 | $430 |
| Morgan, Lewis & Bockius | Philadelphia, PA | $620 | $765 | $430 |
| Cozen O'Connor | Philadelphia, PA | $555 | $1,050 | $300 |
| Fox Rothschild | Philadelphia, PA | $530 | $750 | $335 |
| Saul Ewing | Philadelphia, PA | $530 | $850 | $365 |
| Ballard Spahr | Philadelphia, PA | $475 | $650 | $395 |
| Cooley | Palo Alto, CA | $820 | $990 | $660 |
| Broad and Cassel | Orlando, FL | $380 | $465 | $295 |
| Gibbons | Newark, NJ | $560 | $865 | $440 |

PLAINTIFF'S EXHIBIT 7 — ALL-STATE LEGAL®

| | | | | |
|---|---|---|---|---|
| McCarter & English | Newark, NJ | $530 | $625 | $450 |
| Debevoise & Plimpton | New York, NY | $1,055 | $1,075 | $955 |
| Paul, Weiss, Rifkind, Wharton & Garrison | New York, NY | $1,040 | $1,120 | $760 |
| Skadden, Arps, Slate, Meagher & Flom | New York, NY | $1,035 | $1,150 | $845 |
| Fried, Frank, Harris, Shriver & Jacobson | New York, NY | $1,000 | $1,100 | $930 |
| Latham & Watkins | New York, NY | $990 | $1,110 | $895 |
| Gibson, Dunn & Crutcher | New York, NY | $980 | $1,800 | $765 |
| Davis Polk & Wardwell | New York, NY | $975 | $985 | $850 |
| Willkie Farr & Gallagher | New York, NY | $950 | $1,090 | $790 |
| Cadwalader, Wickersham & Taft | New York, NY | $930 | $1,050 | $800 |
| Weil, Gotshal & Manges | New York, NY | $930 | $1,075 | $625 |
| Quinn Emanuel Urquhart & Sullivan | New York, NY | $915 | $1,075 | $810 |
| Dechert | New York, NY | $900 | $1,095 | $670 |
| Hughes Hubbard & Reed | New York, NY | $890 | $995 | $725 |
| Proskauer Rose | New York, NY | $880 | $950 | $725 |
| White & Case | New York, NY | $875 | $1,050 | $700 |
| Kaye Scholer | New York, NY | $860 | $1,080 | $715 |
| Kramer Levin Naftalis & Frankel | New York, NY | $845 | $1,025 | $740 |
| Kasowitz, Benson, Torres & Friedman | New York, NY | $835 | $1,195 | $600 |
| Paul Hastings | New York, NY | $815 | $900 | $750 |
| Curtis, Mallet-Prevost, Colt & Mosle | New York, NY | $800 | $860 | $730 |
| DLA Piper | New York, NY | $765 | $1,025 | $450 |
| Jones Day | New York, NY | $745 | $975 | $445 |
| Seward & Kissel | New York, NY | $735 | $850 | $625 |
| Greenberg Traurig | New York, NY | $655 | $955 | $360 |
| Kelley Drye & Warren | New York, NY | $640 | $815 | $435 |
| Adams and Reese | New Orleans, LA | $390 | $650 | $275 |
| Jones Walker | New Orleans, LA | $385 | $425 | $275 |
| Waller Lansden Dortch & Davis | Nashville, TN | $460 | $600 | $350 |
| Norton Rose Fulbright | N/A** | $775 | $900 | $525 |
| Dentons | N/A** | $700 | $1,050 | $345 |
| Lewis Roca Rothgerber | N/A** | $505 | $695 | $380 |
| Riker Danzig Scherer Hyland & Perretti | Morristown, NJ | $455 | $495 | $430 |
| McElroy, Deutsch, Mulvaney & Carpenter | Morristown, NJ | $440 | $505 | $325 |
| Lindquist & Vennum | Minneapolis, MN | $520 | $600 | $460 |
| Faegre Baker Daniels | Minneapolis, MN | $455 | $580 | $355 |
| Dorsey & Whitney | Minneapolis, MN | $435 | $585 | $340 |
| Leonard, Street and Deinard | Minneapolis, MN | $405 | $490 | $295 |
| Foley & Lardner | Milwaukee, WI | $600 | $860 | $405 |
| Quarles & Brady | Milwaukee, WI | $470 | $600 | $350 |
| Michael Best & Friedrich | Milwaukee, WI | $445 | $650 | $260 |
| Akerman Senterfitt | Miami, FL | $480 | $610 | $350 |
| Shutts & Bowen | Miami, FL | $430 | $660 | $250 |
| Baker, Donelson, Bearman, Caldwell & Berkowitz | Memphis, Tenn. | $400 | $495 | $340 |
| Wyatt, Tarrant & Combs | Louisville, KY | $418 | $500 | $280 |
| Irell & Manella | Los Angeles, CA | $890 | $975 | $800 |
| Manatt, Phelps & Phillips | Los Angeles, CA | $740 | $795 | $640 |
| O'Melveny & Myers | Los Angeles, CA | $715 | $950 | $615 |
| Jeffer, Mangels, Butler & Mitchell | Los Angeles, CA | $690 | $875 | $560 |
| Sheppard, Mullin, Richter & Hampton | Los Angeles, CA | $685 | $875 | $490 |
| Allen Matkins Leck Gamble Mallory & Natsis | Los Angeles, CA | $615 | $680 | $525 |
| Buchalter Nemer | Los Angeles, CA | $605 | $695 | $475 |
| Jackson Lewis | Los Angeles, CA | $380 | $440 | $310 |
| Stinson Morrison Hecker | Kansas City, MO | $475 | $695 | $290 |
| Lathrop & Gage | Kansas City, MO | $420 | $700 | $285 |
| Polsinelli | Kansas City, MO | $410 | $750 | $320 |
| Knobbe, Martens, Olson & Bear | Irvine, CA | $555 | $785 | $440 |
| Barnes & Thornburg | Indianapolis, IN | $480 | $580 | $330 |
| Ice Miller | Indianapolis, IN | $450 | $530 | $335 |
| Andrews Kurth | Houston, TX | $890 | $1,090 | $745 |
| Bracewell & Giuliani | Houston, TX | $760 | $1,125 | $575 |

| Firm | Location | | | |
|---|---|---|---|---|
| Vinson & Elkins | Houston, TX | $600 | $770 | $475 |
| Robinson & Cole | Hartford, CT | $410 | $490 | $285 |
| Archer & Greiner | Haddonfield, NJ | $400 | $460 | $330 |
| Varnum | Grand Rapids, MI | $390 | $465 | $290 |
| Honigman Miller Schwartz and Cohn | Detroit, MI | $390 | $560 | $290 |
| Brownstein Hyatt Farber Schreck | Denver, CO | $520 | $700 | $310 |
| Davis Graham & Stubbs | Denver, CO | $435 | $595 | $350 |
| Holland & Hart | Denver, CO | $435 | $725 | $295 |
| Haynes and Boone | Dallas, TX | $670 | $1,020 | $450 |
| Gardere Wynne Sewell | Dallas, TX | $635 | $775 | $430 |
| Thompson & Knight | Dallas, TX | $535 | $740 | $425 |
| Jackson Walker | Dallas, TX | $500 | $550 | $450 |
| Strasburger & Price | Dallas, TX | $420 | $770 | $225 |
| Rutan & Tucker | Costa Mesa, CA | $490 | $675 | $345 |
| Squire Sanders | Cleveland, OH | $655 | $950 | $350 |
| Benesch, Friedlander, Coplan & Aronoff | Cleveland, OH | $455 | $635 | $360 |
| Baker & Hostetler | Cleveland, OH | $450 | $685 | $250 |
| Ulmer & Berne | Cleveland, OH | $380 | $415 | $315 |
| Taft, Stettinius & Hollister | Cincinnati, OH | $415 | $535 | $285 |
| Dinsmore & Shohl | Cincinnati, OH | $400 | $850 | $250 |
| Kirkland & Ellis | Chicago, IL | $825 | $995 | $590 |
| Winston & Strawn | Chicago, IL | $800 | $995 | $650 |
| Baker & McKenzie | Chicago, IL | $755 | $1,130 | $260 |
| Jenner & Block | Chicago, IL | $745 | $925 | $565 |
| McDermott Will & Emery | Chicago, IL | $710 | $835 | $525 |
| Katten Muchin Rosenman | Chicago, IL | $615 | $745 | $500 |
| Seyfarth Shaw | Chicago, IL | $610 | $860 | $375 |
| Arnstein & Lehr | Chicago, IL | $465 | $595 | $350 |
| Miller & Martin | Chattanooga, TN | $385 | $585 | $245 |
| Parker Poe Adams & Bernstein | Charlotte, NC | $450 | $500 | $425 |
| Jackson Kelly | Charleston, WV | $280 | $370 | $175 |
| Bowles Rice | Charleston, WV | $230 | $285 | $165 |
| Bingham McCutchen | Boston, MA | $795 | $1,080 | $220 |
| Foley Hoag | Boston, MA | $670 | $775 | $590 |
| Nutter McClennen & Fish | Boston, MA | $575 | $715 | $470 |
| Edwards Wildman Palmer | Boston, MA | $535 | $765 | $210 |
| Nixon Peabody | Boston, MA | $520 | $850 | $295 |
| Butzel Long | Bloomfield Hills, MI | $440 | $535 | $350 |
| Bradley Arant Boult Cummings | Birmingham, AL | $430 | $605 | $325 |
| Burr & Forman | Birmingham, AL | $355 | $525 | $240 |
| Miles & Stockbridge | Baltimore, MD | $470 | $725 | $330 |
| King & Spalding | Atlanta, GA | $775 | $995 | $545 |
| Alston & Bird | Atlanta, GA | $675 | $875 | $495 |
| Troutman Sanders | Atlanta, GA | $620 | $975 | $400 |
| Kilpatrick Townsend & Stockton | Atlanta, GA | $550 | $775 | $400 |
| McKenna Long & Aldridge | Atlanta, GA | $530 | $650 | $480 |
| Arnall Golden Gregory | Atlanta, GA | $490 | $520 | $430 |
| Morris, Manning & Martin | Atlanta, GA | $480 | $575 | $400 |