UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANG CHOI, *et al.*,   )<br>   )<br>   PLAINTIFFS,   )<br>   )<br>vs.   )<br>   )<br>THE DISTRICT OF COLUMBIA,   )<br>   )<br>   DEFENDANT   )   | Civil Action 17-0003 (JEB/RMM) |

## DECLARATION OF CAROLYN HOUCK, ESQ.

I declare, under penalty of perjury, that the following statements are true.

1. I am over the age of eighteen (18), under no legal or mental disabilities. I have knowledge of the facts stated herein.

2. I am the sole attorney and owner of the Law Office of Carolyn Houck.

3. The hourly rates I charge my clients in are I line with the rates set forth in United States Attorneys Office (USAO) attorney's fees matrix.

4. I received a B.A. in Liberal Arts from Southwestern University in Georgetown, Texas, after having completed courses both at Southwestern University and the University of Texas, Austin. I received a Masters of Counseling Psychology from the College of Notre Dame in Belmont, California and a J.D. from Golden Gate University Law School in San Francisco, California.

5. I am a member of the bar of the District of Columbia (1998) and Maryland (1997) and am admitted to practice in the United States District Court for the District of Columbia.

6. Since 1997, the entirety of my law practice has been in the field of special education law, representing parents in the District of Columbia.

7. I have successfully represented hundreds of clients in more than 1600 cases leading to due process hearings or settlement agreements to enforce their rights under the Individuals with Disabilities Education Improvement Act, 20 U.S.C. §1400, *et seq* (IDEA).

PLAINTIFF'S EXHIBIT 8

8. I am active in the community of parents' attorneys in the District of Columbia, participating in monthly meetings and frequent discussions of special education law matters among group members.

9. The community of attorneys with paying special education clients in the District of Columbia predominantly charge their clients at or near the current attorney's fees matrix rates published by the USAO.

10. When representing special education clients on a contingency basis, attorneys in the District of Columbia accept that representation for the prospect of recovering fees based on the reasonable fee-shifting guidelines found in the USAO's attorneys fees matrix.

11. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 9, 2018.

Respectfully Submitted,

/s/Carolyn Houck,
Attorney at Law
P.O. Box 252
St. Michaels, MD 21663
Phone: 301-951-4278
Fax:    866-297-4248
Email: cwhouck1@gmail.com