# JESTER AND WILLIAMS
**Attorneys at Law**
P.O. Box 1165
Great Falls, VA 22066
703-757-8375
Fax: 703-757-8378

James E. Williams (DC, MD)                                    Elizabeth T. Jester (DC)
*Not admitted to practice in VA*                              *Not admitted to practice in VA*

May 29, 2015

Tanya Chor, Esq.
Office of the General Counsel          VIA EMAIL
D.C. Public Schools                    tanya.chor@dc.gov
1200 First St., NE
Washington, D.C. 20002

RE: D███ M███
DOB: ███
HOME SCHOOL: ███ Elementary School
ATTENDING SCHOOL: ███ Elementary School

HEARING DATE: June 5, 2015
              9:30 am

Dear Ms. Chor:

<u>WITNESSES</u>

At the hearing in this matter, Petitioner will present testimony from the following witnesses:

1. Anissa Jones (parent)
2. D███ M███ (student)
   2775 Langston Place, SE
   Washington, D.C. 20020

Anissa Jones will testify, *inter alia*, about the Students needs, MDT/IEP meetings held for the Student, conversations/correspondence with DCPS personnel, issues the Student presents with, academic success/failures of the Student, the Student's emotional/behavioral issues, interview at the Foundation School and the need for a therapeutic school placement. Ms. Jones will testify concerning the issues raised in the Complaint. D███ M███ will testify about the issues raised in the Complaint.



PLAINTIFF'S EXHIBIT 13

3.  Tonya Pickett
    1816 12th St., NW
    Washington, D.C. 20009
    202-518-1612

Tonya Pickett is a family support worker and a family services specialist. Ms. Pickett will testify about her work with the Student and his family, school/IEP/disciplinary meetings, academic issues, school observations, interactions with DCPS personnel and all issues raised in the Complaint. Ms. Pickett will testify in Petitioner's case in chief and possibly on rebuttal. She may testify via phone at the above telephone number.

4.  Amber Graham
    1816 12th St., NW
    Washington, D.C. 20009
    202-518-6737

Amber Graham is a family support worker/family services specialist+ and a truancy case manager. Ms. Graham will testify about her work with the Student and his family, school/IEP/disciplinary meetings, academic issues, school observations, interactions with DCPS personnel and all issues raised in the Complaint. Ms. Graham will testify in Petitioner's case in chief and possibly on rebuttal. She may testify via phone at the above telephone number.

5.  Tameka Parker
6.  Kelli Kunert
    The Foundation School
    1330 McCormick Drive
    Largo, MD 20774
    301-772-1200

Tameka Parker and Kelli Kunert are the admissions coordinator/director at The Foundation School. Ms. Parker and/or Ms. Kunert will testify concerning their review of the Student's records, the admission process at The Foundation School, issues the Student presents with, all aspects of the program at The Foundation School, how The Foundation School can meet the Students special education needs and acceptance into the program at the Foundation School. Ms. Parker and/or Ms. Kunert will testify in Petitioner's case in chief and possibly on rebuttal. She may testify via phone at the above telephone number.

EXHIBITS

At the hearing in this matter, Petitioner will offer Exhibits 1 through 56. A list of these exhibits and a copy of each exhibit is attached.

## ISSUES

The issue(s) raised by Petitioner is set forth in the Due Process Complaint Notice and the Amended PreHearing Order.

## RELIEF

The relief sought by Petitioner is set forth in the Due Process Complaint and the Amended PreHearing Order. Placement at The Foundation School will be sought at the hearing. Relief in the form of compensatory education services is withdrawn but reserved as relief to be raised in the future.

Any other relief that is just and fair.

## STIPULATIONS AND ADMISSIONS

Petitioner, through counsel, is not aware of any stipulations and/or admissions that are appropriate at this time.

Sincerely,

*[signature]*

Elizabeth Jester, Esq.

cc: Charles Carron, Esq., Hearing Officer (via email)
    Office of Dispute Resolution (via email)

RE: D████ M████
DOB: ████
HOME SCHOOL: ████ Elementary School
ATTENDING SCHOOL: ████ Elementary School

VOL. I

HEARING DATE: June 5, 2015
9:30 am

## STUDENT'S EXHIBITS

| | | |
|---|---|---|
| 1. | Amended IEP – Addition of Dedicated Aide | 4-24-15 |
| 2. | IEP – Addition of Dedicated Aide (draft) | 4-24-15 |
| 3. | Justification and Plan for Dedicated Aide | 4-24-15 |
| 4. | Amendment to IEP - Removal of Dedicated Aide | 5-6-15 |
| 5. | Amendment to IEP – Interim Change in Hours of Specialized Instruction | 4-10-15 |
| 6. | IEP Amendment | 3-15-15 |
| 7. | Consent to IEP Amendment | 3-13-15 |
| 8. | IEP (draft) | 1-22-15 |
| 9. | MDT Sign In Sheet | 1-22-15 |
| 10. | IEP (finalized without parental consent) | 1-22-15 |
| 11. | Draft Eligibility Determination Report | 1-22-15 |
| 12. | Final Eligibility Determination Report | 1-22-15 |
| 13. | Prior Notice – Eligibility | 1-22-15 |
| 14. | Prior Notice – Evaluation | 1-22-15 |
| 15. | Analysis of Existing Data | 1-22-15 |
| 16. | IEP | 3-12-14 |
| 17. | IEP | 9-11-13 |

| | | |
|---|---|---|
| 18. | MDT Sign In Sheet and Agenda | 9-11-13 |
| 19. | IEP Amendment Form | 4-22-13 |
| 20. | Prior Notice – IEP Amendment | 4-22-13 |
| 21. | Amended IEP | 4-22-13 |
| 22. | IEP | 10-31-12 |
| 23. | IEP | 4-16-12 |
| 24. | Final Eligibility Report | 4-13-12 |
| 25. | Disability Worksheet – Emotional Disturbance | 2-28-11 |
| 26. | Analysis of Existing Data | 4-12-12 |
| 27. | Prior Notice – Identification | 4-13-12 |
| 28. | Prior Notice – Evaluation | 4-12-12 |
| 29. | Assessment Referral Form | Undated |

RE: D█████ M█████  
DOB: █████  
HOME SCHOOL: █████ Elementary School  
ATTENDING SCHOOL: █████ Elementary School  

VOL. II

HEARING DATE: June 5, 2015  
9:30 am

## STUDENT'S EXHIBITS

| | | |
|---|---|---|
| 30. | Educational Evaluation – Woodcock Johnson   DCPS | 1-14-15 |
| 31. | Psychoeducational Evaluation – Court (not redacted) | 6-9-14 |
| 32. | Psychoeducational Evaluation – Court (redacted) | 6-9-14 |
| 33. | Speech/Language evaluation – Imagine PCS | 12-9-11 |
| 34. | Clinical Psychological Evaluation – Imagine PCS | 2-7-12 |
| 35. | Psychoeducational Evaluation – Imagine PCS | 8-26-11 |
| 36. | Behavior Intervention Plan – DCPS | 1-17-15 |
| 37. | Behavior Intervention Plan – DCPS | 4-23-14 |
| 38. | Functional Behavioral Assessment – DCPS | 2-25-14 |
| 39. | Functional Behavioral Assessment – Imagine PCS | 2-28-12 |
| 40. | Behavior Intervention Plan – Imagine PCS | 3-8-12 |
| 41. | Manifestation Determination (inaccurate) with Notice of Disciplinary Action | 4-10-15 |
| 42. | Revised Manifestation Form from 4-10-15 | 5-6-15 |
| 43. | Release of Information Form | 5-6-15 |
| 44. | Re-Entry Commitment Form | Undated |
| 45. | Manifestation Report – DCPS School Psychologist | 5-14-15 |
| 46. | Correspondence Requesting Evaluations | 12-10-15 |

```
```

47. Email correspondence re: Requests for evaluations/independent evaluations

48. Email correspondence re: need for dedicated aide and new placement    4-24-15
    Rena Johnson, Principal Stanton Elementary School

49. The Foundation School – Acceptance Letter with correspondence    5-15-15
    to Tanya Chor, Esq. re: acceptance

50. Disciplinary Records

51. DC CAS Scores    2013 and 2014

52. Report Cards – General Education

53. Service Trackers – Counseling

54. OSEP Letter re: Independent Education Evaluations    3-28-12

55. OSEP Letter to Baus    2-23-15