

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

Office of the General Counsel

May 28, 2015

# DISCLOSURE STATEMENT

| | | |
|---|---|---|
| **STUDENT:** D▮▮▮ M▮▮ | **DOB:** ▮▮▮ | **ID:** ▮▮▮ |
| **Case No.:** 2015-152 | **Hearing Date(s):** April 21, 2015 | |
| **Parent's Counsel:** E. Jester, Esq. | **Hearing Officer:** C. Carron, Esq. | |

Dear Counsel:

At the upcoming due process hearing in the above-referenced matter and for any subsequent hearing scheduled in the same matter, pursuant to 34 C.F.R. 300.509(a)(3), DCPS discloses the following:

### Witnesses[1]

All witnesses disclosed may appear via phone and/or in person to testify regarding the allegations, as presented by petitioner in the due process complaint, as they have been codified in the prehearing order. DCPS witnesses may *provide testimony regarding Student's educational record; communications and correspondences; meetings; services/programs/interventions, absences; observations, reports, assessments and evaluations; Student's social, emotional and behavioral functioning; Cognitive levels, performance; any issues regarding Student's areas of concern; LRE, disciplinary incidences.*

The witnesses DCPS may call are:

1. Ahsaki Anokye, Resolution Specialist, DCPS OSI, 1200 First Street NE, Washington DC 20002, 202.442.4800 (same for all DCPS OSI personnel)
2. Dr. Fells-Pleasants, SEC, Stanton ES, 2701 Naylor Rd SE, Washington DC 20020 (202) 671-6180 (same for all Stanton ES personnel)
3. Ms. Stefon, SE Teacher and Case Manager, Stanton ES
4. Ms. Lloyd, SW, Stanton ES
5. Rena Johnson, Principal, Stanton ES
6. Crystal Dorn, Psychologist (expert), Stanton ES
7. Natalia Houston, Program Manager, DCPS OSI

---

[1] Witnesses may testify by telephone. Witnesses may respond to the issues, allegations and relief as presented by Petitioner. The above "general thrust" of testimony is provided as a matter of general notice and does not preclude a witness' testimony to respond to Petitioner's case in chief. All witnesses shall be contacted through the undersigned Counsel. Compelling a witness to testify is governed by 34 CFR § 300.512(a)(2) Hearing Rights and SOP §800.1 Rights of All Parties. DCPS makes disclosure of these documents in compliance with 34 CFR §300.512; however, does not seek their admission into evidence unless and until DCPS seeks their admission. Admission of disclosure exhibits is a right of each party, not an obligation or requirement.

**PLAINTIFF'S EXHIBIT 14**

D████ M████; case 2015-152 | 29 May-2015

8. Marie Cooper, SLP, Stanton ES
9. Chantall Jones, Teacher, Stanton ES

# Documents

| | | |
|---|---|---|
| R 1 | List of Documents | |
| R 2 | Outlook Calendar Invitation | 4/3/2015 |
| R 3 | IEP Progress Report | 2/4/2015 |
| R 4 | IEP Progress Report | 6/19/2014 |
| R 5 | IEP Progress Report | 4/10/2014 |
| R 6 | Email Correspondence [OMITTED] | |
| R 7 | RSM Notes | 3/30/2015 |
| R 8 | Email Correspondence | 4/7/2015 |
| R 9 | Email Correspondence | 4/6/2015 |
| R 10 | Email Correspondence | 4/8/2015 |
| R 11 | Email Correspondence | 4/17/2015 |
| R 12 | Email Correspondence | 4/17/2015 |
| R 13 | Email Correspondence | 4/17/2015 |
| R 14 | Email Correspondence | 4/17/2015 |
| R 15 | Email Correspondence | 4/24/2015 |
| R 16 | Assessment and Evaluation Information | Spring 2015 |
| R 17 | Eligibility PWN | 1/22/2015 |
| R 18 | AED PWN | 1/22/2015 |
| R 19 | MDR Worksheet | 4/10/2015 |
| R 20 | MDR PWN | 4/10/2015 |
| R 21 | Email Communication | 4/17/2015 |
| R 22 | Email Correspondence | 4/28/2015 |
| R 23 | Email Correspondence | 4/17/2015 |
| R 24 | Email Correspondence | 4/17/2015 |
| R 25 | Email Correspondence | 4/17/2015 |
| R 26 | Email Correspondence | 4/8/2015 |
| R 27 | Email Correspondence | 4/17/2015 |

D███ M███; case 2015-152 | 29 May-2015

| | | |
|---|---|---|
| R 28 | [NONE] | |
| R 29 | Email Communication | 4/28/2015 |
| R 30 | SL Evaluation Report | 12/9/2011 |
| R 31 | CV N. Houston | |
| R 32 | CV C. Dorn | |
| R 33 | Referral Form | 12/2/2011 |
| R 34 | Psycho-Educational Evaluation Report | 9/6/2011 |
| R 35 | Clinical Psychological Report | 2/16/2012 |

DCPS respectfully reserves the right to object to any witnesses or documents not produced and/or disclosed within the five business day disclosure deadline, pursuant to IDEA 20 USC §1415 and Standard Operating Procedures §500.

If you wish to discuss any aspect of this case further, or have questions, please contact me at (202) 442-5000.

Sincerely,

_____

Tanya Joan Chor, Esq.

Attorney Advisor
202.442.5189 (Desk)
Tanya.Chor@dc.gov