Web Voucher System                                                                 Page 1 of 1

WEB VOUCHER HOME : DC COURTS HOME



- **Web Voucher System (Superior Court)**
  Current Voucher[6]
  Returned Vouchers
  Legal Voucher Requests
  Pending Vouchers
  Paid Vouchers
  Legal
  Expert
    Expert Services
    Review Vouchers
    Reconsideration Services
    Enter Hearing Time
    Upload System
    Reports
    Miscellaneous
    No Intent To Bill
  User Guide
  NOTICE TO CJA AND CCAN

BACK

### DISTRICT OF COLUMBIA COURTS

### EXPLANATION OF ITEMIZED EXPENSES

Case name: ████████                          Attorney: JESTER, ELIZABETH, T - 386813
Voucher#: ████████                           Appointment date: 06/26/2014

| Date | Type | Content | Rate | Description | Amount |
|---|---|---|---|---|---|
| 01/22/2015 | COPIES | 9.0 | 0.25 | copies through 1/22/15 | $2.25 |
| 12/11/2014 | MILEAGE | 40.0 | 0.58 | mileage to/from office/Coolidge HS for IEP meeting | $23.2 |



PLAINTIFF'S EXHIBIT 16