UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANISSA JONES, ) | |
| ) | |
| PLAINTIFF, ) | Civil Action No. 15-CV-505(BAH/GMH) |
| ) | |
| vs. ) | |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| DEFENDANT. ) | |

PLAINTIFF'S SUPPLEMENT TO PLAINTIFF'S MOTION FOR
ATTORNEY FEES AND COSTS

On June 11, 2018, Plaintiff, through undersigned counsel, filed a Motion for Attorney Fees. In so doing, undersigned counsel inadvertently omitted the statement required by Local Rule of Civ. Pro. 7. In addition, copies of two receipts that are referenced in Plaintiff's Motion as appended to Ex. 3 were omitted. The copy of the receipts are attached to this Supplement. The Rule 7 Statement is set forth below. Sincere apologies are offered for any inconvenience these oversights may have caused.

Rule 7 Statement

On May 2, 2018, undersigned counsel contacted Aaron Finkhousen, Esq., counsel for Defendant to ascertain whether Defendant would consent to the instant Motion. Mr. Finkhousen responded on May 2, 2018 and declined to consent.

Respectfully submitted,

/s/ *Elizabeth T. Jester, Esq.*
Elizabeth T. Jester, Esq.
JESTER AND WILLIAMS, LLC

P.O. Box 1165
Great Falls, VA 22066
Telephone: 703-757-8375
Fax: 703-757-8378
D.C. Bar Number 386813
*Not admitted to practice in VA*





Supplement to Ex. 3



202-464-2900

$9.00   6-15-15

Amount              Date

**THIS IS YOUR RECEIPT**



Supplement to Ex. 2

PETITIONER'S EXHIBIT 3