UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THERESA JAMES, | : |
| PLAINTIFF, | : |
| v. | : Civ. Action No. 14-2147 (APM) |
| DISTRICT OF COLUMBIA, | : |
| DEFENDANT. | : |

**DECLARATION OF FLOYD HAYES**

I, Floyd Hayes, do hereby aver that the following is true to the best of my knowledge, information, and belief:

1. I am at least twenty-one (21) years of age and competent to testify to the matters stated below.

2. I am currently the Financial Program Analyst in the Office of the General Counsel for the District of Columbia Public Schools (DCPS) and have held this position for five and one-half (5 ½) years.

3. As the Financial Program Analyst, I receive, analyze, review, and process requests for attorney's fees of attorneys who seek reasonable reimbursement of attorney's fees pursuant to the Individuals with Disabilities Education Improvement Act of 2004. (IDEA), 20 U.S.C. §§ 1400 *et seq.* I also ensure that the records of attorney compensation are properly maintained.

4. The attached charts for fiscal years 2014, 2015 and 2016 show, among other data, the number of invoices submitted for each fiscal year, the number of invoices that

1

were settled prior to an administrative hearing being held, and the number of invoices that were settled post-administrative hearing. The charts also include the total amount of attorney's fees and costs requested in the invoices per month for each fiscal year and the total amounts of attorney's fees and costs paid per month for each fiscal year.

5. In fiscal year 2014, DCPS received a total of 303 invoices from attorneys requesting reimbursement for attorney's fees and costs. Of those 303 invoices, 241 were settled. All of those 241 invoices were settled by applying ¾ of hourly rate of the applicable USAO Laffey Matrix.

6. In fiscal year 2015, DCPS received a total of 310 invoices from attorneys requesting reimbursement for attorney's fees and costs. Of those 310 invoices, 212 were settled. All of those 212 invoices were settled by applying ¾ of hourly rate of the applicable USAO Laffey Matrix or the USAO Matrix.

7. In fiscal year 2016, DCPS received a total of 234 invoices from attorneys requesting reimbursement for attorney's fees and costs. Of those 234 invoices, 173 were settled. All of those 173 invoices were settled by applying ¾ of hourly rate of the applicable USAO Matrix.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge, information, and belief.

Executed: June 9, 2017

_Floyd Hayes_
Floyd Hayes
Financial Program Analyst
Office of General Counsel, D.C. Public Schools
1200 First Street, NE
Washington, DC 20002

## 2014 Invoices Submitted (End of the Year Information)

| | Number of Invoices Submitted | Number of $ Settlements Invoices | Number of Negotiated Settlements Invoices | Number of Court Order/OAG Invoices | Number of Imp./Etc. Invoices | Number of Invoices Not Paid | Total Invoiced | Total Paid | Total Savings |
|---|---|---|---|---|---|---|---|---|---|
| October | 43 | 15 | 18 | 6 | 0 | 4 | $ 684,311.96 | $ 265,652.13 | $ 418,659.83 |
| November | 8 | 1 | 4 | 3 | 0 | 0 | $ 233,683.93 | $ 104,800.00 | $ 128,883.93 |
| December | 51 | 34 | 13 | 4 | 0 | 0 | $ 772,580.55 | $ 203,800.00 | $ 568,780.55 |
| January | 15 | 2 | 9 | 2 | 1 | 1 | $ 306,621.25 | $ 136,270.38 | $ 170,350.87 |
| February | 15 | 8 | 6 | 1 | 0 | 0 | $ 251,599.80 | $ 138,950.00 | $ 112,649.80 |
| March | 15 | 9 | 5 | 1 | 0 | 0 | $ 197,586.46 | $ 115,359.62 | $ 82,226.84 |
| April | 19 | 16 | 1 | 0 | 2 | 0 | $ 146,747.54 | $ 29,536.25 | $ 117,211.29 |
| May | 21 | 5 | 10 | 6 | 0 | 0 | $ 696,290.81 | $ 277,399.98 | $ 418,890.83 |
| June | 27 | 9 | 13 | 5 | 0 | 0 | $ 549,955.18 | $ 329,150.00 | $ 220,805.18 |
| July | 31 | 15 | 8 | 6 | 1 | 1 | $ 472,166.77 | $ 305,951.38 | $ 166,215.39 |
| August | 25 | 12 | 8 | 5 | 0 | 0 | $ 423,475.12 | $ 302,436.64 | $ 121,038.48 |
| September | 33 | 17 | 3 | 12 | 0 | 1 | $ 782,628.00 | $ 627,525.72 | $ 155,102.28 |
| Totals | 303 | 143 | 98 | 51 | 4 | 7 | $ 5,517,647.37 | $ 2,836,832.10 | $ 2,680,815.27 |

## 2015 Invoices Submitted (End of the Year Information)

| | Number of Invoices Submitted | Number of $ Settlements Invoices | Number of Negotiated Settlements Invoices | Number of Court Order/OAG Invoices | Number of Imp./Etc. Invoices | Number of Invoices Not Paid | Total Invoiced | Total Paid | Total Savings |
|---|---|---|---|---|---|---|---|---|---|
| October | 17 | 5 | 7 | 4 | 1 | 0 | $ 331,151.24 | $ 206,773.12 | $ 124,378.12 |
| November | 34 | 6 | 2 | 2 | 1 | 23 | $ 297,993.98 | $ 140,277.62 | $ 157,716.36 |
| December | 26 | 14 | 8 | 3 | 1 | 0 | $ 423,359.94 | $ 242,803.16 | $ 180,556.78 |
| January | 28 | 11 | 11 | 4 | 0 | 2 | $ 703,081.75 | $ 383,751.80 | $ 319,329.95 |
| February | 13 | 3 | 7 | 3 | 0 | 0 | $ 403,284.83 | $ 241,967.58 | $ 161,317.25 |
| March | 21 | 13 | 3 | 5 | 0 | 0 | $ 345,250.68 | $ 194,780.00 | $ 150,470.68 |
| April | 28 | 16 | 4 | 8 | 0 | 0 | $ 518,312.88 | $ 358,827.45 | $ 159,485.43 |
| May | 19 | 4 | 6 | 6 | 0 | 3 | $ 540,863.47 | $ 320,453.40 | $ 220,410.07 |
| June | 42 | 27 | 9 | 6 | 0 | 0 | $ 573,860.08 | $ 374,920.37 | $ 198,939.71 |
| July | 29 | 19 | 5 | 5 | 0 | 0 | $ 470,132.21 | $ 276,930.43 | $ 193,201.78 |
| August | 26 | 8 | 6 | 12 | 0 | 0 | $ 814,685.60 | $ 629,625.13 | $ 185,060.47 |
| September | 27 | 14 | 4 | 9 | 0 | 0 | $ 666,347.33 | $ 511,161.93 | $ 155,185.40 |
| Totals | 310 | 140 | 72 | 67 | 3 | 28 | $ 6,088,323.99 | $ 3,882,271.99 | $ 2,206,052.00 |

## 2016 Invoices Submitted (End of the Year Information)

| | Number of Invoices Submitted | Number of $ Settlements Invoices | Number of Negotiated Settlements Invoices | Number of Court Order/OAG Invoices | Number of Imp./Etc. Invoices | Number of Invoices Not Paid | Total Invoiced | Total Paid | Total Savings |
|---|---|---|---|---|---|---|---|---|---|
| October | 18 | 7 | 4 | 7 | 0 | 0 | $ 432,873.71 | $ 292,949.57 | $ 139,924.14 |
| November | 26 | 13 | 7 | 5 | 0 | 1 | $ 936,134.64 | $ 526,744.74 | $ 409,389.90 |
| December | 27 | 17 | 6 | 4 | 0 | 0 | $ 523,750.64 | $ 300,361.80 | $ 223,388.84 |
| January | 27 | 17 | 5 | 4 | 1 | 0 | $ 655,600.33 | $ 425,375.00 | $ 230,225.33 |
| February | 14 | 4 | 4 | 5 | 1 | 0 | $ 691,684.70 | $ 348,183.47 | $ 343,501.23 |
| March | 14 | 5 | 7 | 2 | 0 | 0 | $ 650,218.66 | $ 426,200.00 | $ 224,018.66 |
| April | 18 | 5 | 2 | 11 | 0 | 0 | $ 708,051.24 | $ 405,046.43 | $ 303,004.81 |
| May | 22 | 14 | 4 | 3 | 0 | 1 | $ 551,410.10 | $ 379,603.36 | $ 171,806.74 |
| June | 19 | 12 | 4 | 3 | 0 | 0 | $ 558,582.44 | $ 310,500.00 | $ 248,082.44 |
| July | 13 | 7 | 5 | 1 | 0 | 0 | $ 317,082.18 | $ 187,050.00 | $ 130,032.18 |
| August | 17 | 4 | 3 | 9 | 1 | 0 | $ 1,336,825.18 | $ 600,336.21 | $ 736,488.97 |
| September | 19 | 13 | 4 | 2 | 0 | 0 | $ 544,669.27 | $ 282,929.99 | $ 261,739.28 |
| Totals | 234 | 118 | 55 | 56 | 3 | 2 | $ 7,906,883.09 | $ 4,485,280.57 | $ 3,421,602.52 |